**JAMES R. FROCCARO, JR.**
Attorney at Law
20 Vandereventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

November 8, 2010

<u>BY ECF</u>
Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4454

Re:  <u>United States v. Christian Tarantino</u>
08 Cr 655 (JS)

Dear Judge Seybert:

     The trial is this matter is presently scheduled to commence with the distribution of questionnaires to potential jurors on January 10, 2011, and voir dire on January 17, 2010.  By this letter, I am respectfully requesting a brief adjournment.  The reasons for this request are as follows.  First, the defense is currently deeply involved in the forensic aspects of the case and additional time is needed complete our preparation.  Second, when I initially requested an early January trial date, I did not take into account the holiday season, including the Christmas and New Year's holidays.  I am, therefore, respectfully requesting that questionnaires be distributed to jurors on February 7, 2011, and voir dire take place the following week on February 14, 2011.  Mr. Tarantino consents to an exclusion under the Speedy Trial Act for the period covered by any adjournment.

     The government is taking no position with respect to this request.

Respectfully yours,

/JRF/

James R. Froccaro, Jr.

JRF:tp