

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

December 14, 2010

**BY ECF**

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
1034 Federal Plaza
Central Islip, New York 11722

    Re:  United States v. Christian Tarantino
           Criminal Docket No. 08-655 (JS)

Dear Judge Seybert:

    The government respectfully submits this letter in opposition to the defendant's request, dated December 14, 2010, to be transferred from the Metropolitan Detention Center ("MDC") to the Nassau County Correctional Center ("NCCC"). The government has conferred with the United States Marshals Service ("USMS") regarding the defendant's request. A supervisory Deputy U.S. Marshal has advised the undersigned that Tarantino is housed at the MDC for security reasons, as well as health reasons. The USMS requests that Tarantino remain at the MDC for security reasons.

    Contrary to defense counsel's representation in its December 14, 2010 letter that "[t]he government has no objection to this request," the government concurs with the USMS that Tarantino should remain at the MDC for security reasons. The government's investigation has revealed that Tarantino has a close associate who worked at the NCCC as a correctional officer and who granted favors to Tarantino's associates while they were incarcerated at the NCCC. Although this correctional officer no longer works at the NCCC, Tarantino might have other contacts at the NCCC.

    Because Tarantino's transfer to the NCCC could pose a

security risk, the government respectfully requests that the Court deny the defendant's request to be transferred to the NCCC.

                                           Respectfully submitted,

                                           LORETTA E. LYNCH
                                         United States Attorney

                                 By:  <u>/s/Carrie N. Capwell</u>
                                         Carrie N. Capwell
                                         James M. Miskiewicz
                                         Sean C. Flynn
                                         Assistant U.S. Attorneys
                                         (631) 715-7836/7841

cc:   Counsel of Record (By ECF)
      Clerk of the Court (JS) (By ECF)