UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

United States of America

v.

Christian Tarantino,

Defendant.

-----------------------------------------------------------------X

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF NASSAU  )

**Original**

AFFIDAVIT

Case No. 2008 CR 0655(JS)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N.Y

★    JAN 13 2011    ★

LONG ISLAND OFFICE

YAEL V. LEVY, an attorney duly admitted to practice law before the courts of the State of New York, and an Assistant District Attorney of counsel to the Honorable Kathleen M. Rice, District Attorney of Nassau County, affirms the following under penalty of perjury:

1.    I am an Assistant District Attorney in the Appeals Bureau of the Nassau County District Attorney's Office.  The statements contained herein are made upon information and belief, the source of said information and the basis of said belief being the records and files of the Nassau County District Attorney's Office, and my conversations with Attorney's Assistant Matthew C. Frankel.

3.    On or about November 16, 2010, the Nassau County District Attorney's Office received a court-ordered subpoena, returnable February 1, 2011, seeking documents related to an investigation into the deaths of Julius Baumgardt and/or Louis Dorval.

1

4.      On or about November 19, 2010, I asked Matthew Frankel to make an inter-office inquiry for any material that would satisfy that subpoena.

5.      On or about November 19, 2010, Mr. Frankel contacted Erika Birk, a paralegal in the Major Offense Bureau of this Office.  Ms. Birk advised Mr. Frankel to contact Gloria Violandi, supervisor of the Major Offense Bureau.

6.      On or about November 30, 2010, Ms. Violandi informed Mr. Frankel that there had been an investigation into the death of Julius Baumgardt in 1994, but that there had never been a prosecution.  Ms. Violandi advised Mr. Frankel that she would ask the Process Bureau to conduct a search for the file.

7.      On or about December 1, 2010, Mr. Frankel was informed by Michael Anthony of the Process Bureau that the file was last signed out by an Assistant District Attorney who is no longer employed by this Office.  Although the name of that individual was barely legible, Mr. Anthony believed it to be an "ADA Kernan."  Upon further inquiry, Mr. Frankel learned that this Office never employed anyone by that last name.  Furthermore, Mr. Anthony stated that a diligent search of the file storage area at the Nassau County Courthouse and the file storage area located on Cooper Street, Hempstead, New York, failed to unearth any file that might satisfy the subpoena.

8.      On or about December 3, 2010, Mr. Frankel contacted Assistant District Attorney Joseph Dompkowsi, Deputy Chief of the Rackets Bureau in an effort to locate any material related to this investigation.  He was informed by ADA Dompkowski that some of the individuals whose names appear in the instant subpoena are/were members of the Columbo crime organization and were the subjects of an investigation

2

that he handled fifteen years ago.  ADA Dompkowski stated that he could not locate the file pertaining to that investigation and that, in any event, he believed there would be no material contained in that file that would satisfy the subpoena.

WHEREFORE, based on the foregoing, the undersigned concludes that any file responsive to the subpoena, if one ever existed, is irretrievably lost and therefore cannot be turned over to requesting party.

_____
YAEL V. LEVY
Assistant District Attorney
Nassau County District Attorney's Office
262 Old County Road
Mineola, New York 11510
(516) 571-3661

Sworn to before me this
3rd day of January, 2011

_____

SUSAN BEALLIAS
Notary Public, State of New York
No. 30-4728937
Qualified in Nassau County
Commission Expires April 30, 20 14

3

STATE OF NEW YORK )
                                ) ss.:
COUNTY OF NASSAU  )

SUSAN BEALLIAS, being duly sworn, deposes and says that:

Deponent is not a party to the action and is over eighteen years of age.

On January 3, 2011, deponent served a copy of the within AFFIDAVIT, upon JAMES R. FROCARRO, ESQ., attorney for the within-named defendant, CHRISTIAN TARANTINO, by depositing same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York, directed to said attorney for the within-named defendant at 20 Vanderventer Avenue, Port Washington, New York  11050, that being the address within the state designated by him for that purpose upon the preceding papers in this action, or the place where he kept an office, between which places there then was and now is a regular communication by mail.

_Susan Beallias_
Susan Beallias

Sworn to before me this
3rd day of January, 2011

_Marie L Murphy_

MARIE L. MURPHY
Notary Public, State of New York
No. 01MU4939165
Qualified in Nassau County
Commission Expires 08/01/14