UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

    -against-                MEMORANDUM & ORDER
                                    08-CR-0655 (JS)

CHRISTIAN GEROLD TARANTINO,

                Defendant.
----------------------------------X
APPEARANCES:
For the Government: Carrie Nicole Capwell, Esq.
                   James M. Miskiewicz, Esq.
                   Sean C. Flynn, Esq.
                   United States Attorney's Office
                   560 Federal Plaza
                   Central Islip, NY 11722

For Defendant:     Diarmuid White, Esq.
                   White & White
                   148 East 78th Street
                   New York, NY 10021

                   James R. Froccaro, Esq.
                   20 Vanderventer Ave., Suite 103W
                   Port Washington, NY 11050

                   Michael Rosen, Esq.
                   Law Office of Michael Rosen
                   61 Broadway, Suite 1105
                   New York, NY 10006


SEYBERT, District Judge:

        Pending before the Court is the Government's January 5, 2011 motion for an anonymous jury. For substantially the same reasons set forth in its motion, the Government's request is GRANTED. The Government outlined strong reasons why extra precautions are warranted in this case, including that the

Defendant is allegedly responsible for two obstruction of justice murders, one of which was allegedly committed by an associate acting on the Defendant's behalf. The Defendant is facing a life sentence, and his present incarceration is no guarantee that he will not attempt to obstruct justice through contacts outside of jail. See, e.g., United States v. Gotti, 459 F.3d 296, 345-46 (2d Cir. 2006).

The Court will empanel an anonymous jury, taking care to safeguard the Defendant's constitutional right to a fair and impartial trial. See id. The names, addresses and places of employment of prospective jurors will not be revealed to either the parties or their attorneys. The Jury Questionnaire will advise prospective jurors of the anonymous nature of the jury, direct them not to discuss their potential jury service, and explain that these precautions are commonly taken to shield prospective jurors from unwanted attention that sometimes accompanies high-profile prosecutions. See United States v. Thai, 29 F.3d 785, 801 (2d Cir. 1994).

The jury will also park and enter the courthouse apart from the general public. From the time each juror survives any challenges for cause and peremptory challenges, the jurors will be directed to park their vehicles in the federal employee parking lot and to enter and exit the courthouse using the employee entrance.

2

The Court understands that the United States Marshals Service can accommodate these special procedures; the Government is directed to alert the Marshals Service to this Order.  Also, inasmuch as they will share a parking lot during the trial, the prosecutors and case agents assigned to this matter are advised to take special care to avoid contact with the jurors.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   January  21 , 2011
         Central Islip, New York