

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

January 31, 2011

**BY HAND & ECF**

James R. Froccaro, Jr., Esq.
20 Vanderventer Avenue, Ste. 103 West
Port Washington, New York 11050

      Re:  United States v. Christian Tarantino
           Criminal Docket No. 08-655 (JS)

Dear Mr. Froccaro:

      Pursuant to 18 U.S.C. § 3500, the government hereby furnishes you with the following additional Section 3500 exhibits in connection with the <u>Mastrangelo</u> hearing, which begins on February 14, 2011:

| |
|---|
| 3500-PA-1 through 3500-PA-25 |
| 3500-RG-1 through 3500-RG-4 |
| 3500-JK-17 through 3500-JK-19 |
| 3500-SV-1 |
| 3500-GF-109a-d |
| 3500-GF-82 (improved copy) |
| 3500-GF-131 through 3500-GF-136 |
| 3500-VS-1 through 3500-VS-7 |
| 3500-MB-1 through 3500-MB-3 |
| 3500-AZ-1 through 3500-AZ-3 |
| 3500-KM-1 through 3500-KM-2 |
| 3500-JT-1 through 3500-JT-13 |
| 3500-TEU-1 through 3500-TEU-3 |
| 3500-CF-1 through 3500-CF-13 |

| |
|---|
| 3500-EG-1 |
| 3500-PG-1 |
| 3500-RAG-1 through 3500-RAG-3 |
| 3500-RK-1 |
| 3500-TB-1 through 3500-TB-4 |
| 3500-RS-1 through 3500-RS-28 |

Enclosed, you will also find an updated "Government's List of 3500 Material for <u>Mastrangelo</u> Hearing," dated January 31, 2011.

In addition, pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure, the government hereby furnishes the following supplemental discovery with respect to the above-captioned case:

(1)  A 63-page draft transcript of a conversation that occurred on November 9, 1989 in connection with an undercover FBI investigation in Newark, New Jersey.  The defendant was present during the conversation and some of his statements appear on page 19 of the transcript.  We are not currently in possession of the video and audio recordings of this meeting.  However, we anticipate obtaining copies of the video and audio in the near future and will provide you with copies.

(2)  Thirty-seven (37) color photographs of forensic evidence and packaging sent to the FBI Laboratory for analysis.

If you have any questions, please do not hesitate to contact me at (631) 715-7836.

                Very truly yours,

                LORETTA E. LYNCH
                United States Attorney

        By:  /s/Carrie N. Capwell
              Carrie N. Capwell
              James M. Miskiewicz
              Sean C. Flynn
              Assistant U.S. Attorneys
              (631) 715-7836/7841

Enclosures as

cc:  Clerk of the Court (JS) (By ECF; without enclosures)
     Co-counsel (By ECF; without enclosures)