

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

January 31, 2011

**BY HAND & ECF**

James R. Froccaro, Jr., Esq.
20 Vanderventer Avenue, Ste. 103 West
Port Washington, New York 11050

      Re:  United States v. Christian Tarantino
           Criminal Docket No. 08-655 (JS)

Dear Mr. Froccaro:

     Pursuant to 18 U.S.C. § 3500, the government hereby furnishes you with five binders containing more than 242 compact disks (CDs) consisting of body recordings made by witness G.F. between October 26, 2005 and September 7, 2007 in connection with a completely separate investigation of organized crime.  The binders are labeled 3500-GF-132 through 3500-GF-136.  The government does not anticipate that witness G.F. will testify on direct examination about any of the events discussed on the enclosed recordings.

     The undersigned incorrectly believed that these recordings had been produced to the defense on or about December 14, 2010, with the majority of witness G.F.'s Section 3500 materials.  However, upon recently reviewing Exhibits 3500-GF-69 (a CD described as "Consensual recordings dated 2005-2006") and 3500-GF-81 (a CD described as "Consensual recordings 3/17/06 - 2/22/07") and discussing the matter with the FBI Special Agent and Assistant U.S. Attorneys who handled the investigation and prosecution in United States v. Michael Uvino, et al., 07-CR-725 (JBW), and related cases against members and associates of the Colombo crime family, the undersigned learned that 3500-GF-69 consists of consensual Title III recordings made by witness G.F. and 3500-GF-81 consists of consensual telephone recordings made by witness G.F. while cooperating with the FBI.  However, neither CD contains the consensual *body* recordings made by witness G.F. during his cooperation with the FBI.

     I assume that defense counsel, likewise, did not realize that the body recordings were missing from the Section

3500 materials that were previously produced.  As I stated in court on December 17, 2010, 3500-GF-20 consists of summaries prepared by the FBI of each body recording made by witness G.F. Moreover, as you have previously acknowledged, the over 242 CDs were previously made available to you by the government in connection with another client you represented.

      If you have any questions, please do not hesitate to contact me at (631) 715-7836.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

    By:  /s/Carrie N. Capwell
      Carrie N. Capwell
      Assistant U.S. Attorney

Enclosures as

cc:  Clerk of the Court (JS) (By ECF; without enclosures)
     Co-counsel (By ECF; without enclosures)