```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

        -against-                    MEMORANDUM & ORDER
                                     08-CR-655 (JS)

CHRISTIAN GEROLD TARANTINO,

              Defendant.
----------------------------------X
APPEARANCES:
For the Government:  Carrie Nicole Capwell, Esq.
                     James M. Miskiewicz, Esq.
                     Sean C. Flynn, Esq.
                     United States Attorney's Office
                     560 Federal Plaza
                     Central Islip, NY 11722

For Defendant:       Diarmuid White, Esq.
                     White & White
                     148 East 78 Street
                     New York, NY 10021

                     James R. Froccaro, Esq.
                     20 Vanderventer Ave., Suite 103W
                     Port Washington, NY 11050

                     Michael Rosen, Esq.
                     Law Office of Michael Rosen
                     61 Broadway, Suite 1105
                     New York, NY 10006
```

SEYBERT, District Judge:

Pending before the Court is the Defendant's request for a three-week adjournment to review consensual body recordings made by a cooperating witness under the FBI's supervision (Docket Entry 151). The Court has reviewed the parties' arguments and concludes that an adjournment is not

warranted.  This ruling is based on, among other things, the Government's representation that the recordings constitute neither <u>Brady</u> nor Section 3500 material.  Accordingly, the Defendant's request for an adjournment is DENIED.

                                     SO ORDERED.

                                       _/s/ JOANNA SEYBERT___
                                       Joanna Seybert, U.S.D.J.

Dated:     February __4__, 2011
            Central Islip, New York