

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

March 7, 2011

**BY ECF & FEDERAL EXPRESS**

James R. Froccaro, Jr., Esq.
20 Vanderventer Avenue, Ste. 103 West
Port Washington, New York 11050

      Re:  United States v. Christian Tarantino
           Criminal Docket No. 08-655 (JS)

Dear Mr. Froccaro:

On February 22, 2011 and February 23, 2011, during the Mastrangelo hearing in this case, the government provided you with Section 3500 material for trial. Enclosed please find a list which describes the Section 3500 material provided to you on February 22, 2011 and February 23, 2011.

Enclosed also please find additional Section 3500 materials for trial, along with a revised list (dated March 7, 2011) that describes all the Section 3500 exhibits by witness.

If you have any questions, please do not hesitate to contact me at (631) 715-7836.

                            Very truly yours,

                            LORETTA E. LYNCH
                            United States Attorney

                        By: /s/Carrie N. Capwell
                            Carrie N. Capwell
                            James M. Miskiewicz
                            Sean C. Flynn
                            Assistant U.S. Attorneys
                            (631) 715-7836/7841

Enclosures as

cc:  Clerk of the Court (JS) (By ECF; without enclosures)
     Co-counsel (By ECF; without enclosures)