UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

    -against-                    MEMORANDUM & ORDER
                                       08-CR-655 (JS)

CHRISTIAN GEROLD TARANTINO,

                Defendant.
----------------------------------X

APPEARANCES:
For the Government: James M. Miskiewicz, Esq.
                    Carrie Nicole Capwell, Esq.
                    Sean C. Flynn, Esq.
                    United States Attorney's Office
                    560 Federal Plaza
                    Central Islip, NY 11722

For Defendant:     Diarmuid White, Esq.
                    White & White
                    148 East 78 Street
                    New York, NY 10021

                    James R. Froccaro, Esq.
                    20 Vanderventer Ave., Suite 103W
                    Port Washington, NY 11050

                    Michael Rosen, Esq.
                    Law Office of Michael Rosen
                    61 Broadway, Suite 1105
                    New York, NY 10006

SEYBERT, District Judge:

        Pending before the Court are the Defendant's February 27, 2011 objections to the Government's proposed jury questionnaire. The proposed questionnaire has been modified to strike "related" in the first paragraph of the "Summary of the Charges," and the Court has added a question asking whether

testimony that the Defendant's previous incarceration would cause potential jurors to be biased. (Question 47)

The Defendant also asks the Court to add "or lack thereof" after "evidence" in Questions 48 and 58 (in the Government's original proposed questionnaire). Question 48 (now 49) recites the jury oath and will not be modified. Question 58 (now 59) did not contain the word evidence. The Court has inserted "or lack thereof" after "evidence" in the newly-numbered Questions 48, 50 and 60.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:   March  11 , 2011
         Central Islip, New York