AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

JMM:SCF
F# 2003R02020

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America )<br>v. )<br>Christian Gerold Tarantino )<br>_____ )<br>Defendant ) | Case No. 08 CR 655 (JS) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Custodian of Records
Nassau County University Medical Center
2201 Hempstead Turnpike
East Meadow, New York 11554
(Fax)- (516) 572-0160

**YOU ARE COMMANDED** to appear in the United States District Court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: 100 Federal Plaza<br>Central Islip, New York 11722 | Courtroom No.: 1030 |
|---|---|
| | Date and Time: January 30, 2012 |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

All medical, intake, or attendance records in the care, custody or control of Nassau County University Medical Center, which evidence or reflect the presence, treatment of, or emergency room services rendered to a "Christian Tarantino," Christian Guy," or "Christian Goss," between August 8, 1994 and September 30, 1994.

Live testimony of a records custodian will be required at the above date and time. You are required to submit responsive records to the Clerk's Office at 100 Federal Plaza, Central Islip, New York.

SO ORDERED: /s/ JOANNA SEYBERT
HONORABLE JOANNA SEYBERT
U.S. Dist. Court Judge, Eastern Dist. of New York

Date: January 12, 2012

DOUGLAS C. PALMER
CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America
_____, who requests this subpoena, are:

Sean C. Flynn
Assistant U.S. Attorney
United States Attorney's Office
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722
(631) 715-7837

AO 89 (Rev. 01/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 08 CR 655 (JS)

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____ was received by me on *(date)* _____ .

☐ I personally served the subpoena on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the subpoena at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the subpoena on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because _____ ; or

☐ Other *(specify)*:
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: