UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,

       -against-              ORDER
                             08-CR-0655 (JS)
CHRISTIAN GEROLD TARANTINO,

               Defendant.
-----------------------------------X
APPEARANCES:
For the Government: Carrie Nicole Capwell, Esq.
                    James M. Miskiewicz, Esq.
                    Sean C. Flynn, Esq.
                    United States Attorney's Office
                    610 Federal Plaza
                    Central Islip, NY 11722

For Defendant:      Diarmuid White, Esq.
                    White & White
                    148 East 78th Street
                    New York, NY 10021

                    Frank Anthony Doddato, Esq.
                    Law Offices of Frank A. Doddato, PC
                    666 Old Country Road, Suite 501
                    Garden City, NY 11530

                    Stephen Rosen, Esq.
                    Stephen H. Rosen, P.A.
                    100 Almeria Avenue, Suite 205
                    Coral Gables, FL 33134

SEYBERT, District Judge:

        The Court is in receipt of a DVD from defense counsel that contains, among other things, six audio files.  In accordance with the Court's earlier rulings, these audio files will be produced to the Government in the following manner.

        Five of the files ("Final Micro MC-90 Side A1-Enhanced;" "Final Micro MC-90 Side A1-Enhanced1;" "Final Micro

MC-90 Side A1-Enhanced2;" "Micro MC-90 Side A1;" and "Micro MC-90 Side A1-Enhanced") will be copied onto a new disc and turned over to the Government.  A district court employee will copy the files at 11:00 a.m. on Friday, January 27, 2012. Representatives from the Government and/or the Defendant may be present at the copying and should contact chambers on Friday morning to be escorted to the correct office.

Because of an apparent technical glitch, the Court is unable to copy the sixth audio file, labeled "Transcribe version."  Defense counsel is directed to copy this file onto a disc and produce it to the Government by Friday morning.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated:      January __24__, 2011
            Central Islip, New York

2