# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR
NEW YORK, N.Y. 10005
212-608-7949
212-571-3792 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)    ◊    JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

January 25, 2012

Via UPS Next Day Air and ECF
Hon. Joanna Seybert, U.S.D.J.
United States Courthouse – Room 1034
100 Federal Plaza
Central Islip, NY  11722-9014

      Re: *United States v. Christian Tarantino*,
        08-cr-00655 (JS)

Dear Judge Seybert:

  This letter is respectfully submitted in compliance with the Court's order of January 19, 2012, directing that I transmit to chambers any retained copies of the "Gargiulo micro-cassette" that were prepared by Paul Ginsberg of Professional Audio Labs. Enclosed with this letter are nine such CDs, consisting of three sets of three CDs each that were processed via three different audio filters.

  I am ethically bound to interpose a work-product privilege objection to any further dissemination of these materials unless the Court is satisfied that the privilege has been waived or is otherwise not applicable.

  Should the Your Honor have any further questions or concerns, I would be pleased to address those at the Court's convenience.

           Respectfully yours,
           */s/ David A. Ruhnke*
           David A. Ruhnke

cc: All parties via ECF (w/o enclosures)
C:\Closed cases\Tarantino\Judge Seybert (Ginsberg CDs) 01-25-2012.wpd