```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,

        -against-                    ORDER
                                     08-CR-0655 (JS)
CHRISTIAN GEROLD TARANTINO,

                Defendant.
----------------------------------X
APPEARANCES
For the Government: James M. Miskiewicz, Esq.
                    Sean C. Flynn, Esq.
                    United States Attorney's Office
                    610 Federal Plaza
                    Central Islip, NY 11722

For Defendant:      Frank Anthony Doddato, Esq.
                    Law Offices of Frank A. Doddato, PC
                    666 Old Country Road, Suite 501
                    Garden City, NY 11530

                    Stephen Rosen, Esq.
                    100 Almeria Avenue, Suite 205
                    Coral Gables, FL 33134
```

SEYBERT, District Judge:

In anticipation of the upcoming evidentiary hearing, the Court directs the following. First, counsel for both parties shall stop copying the undersigned's staff on emails to each other. Second, the Government shall make its expert, Kenneth Marr, available to testify beginning on Monday, February 27, 2012.

SO ORDERED.

/s/ JOANNA SEYBERT_____
Joanna Seybert, U.S.D.J.

Dated:     February  22 , 2012
           Central Islip, New York