## CRIMINAL CAUSE FOR EVIDENTIARY HEARING

**BEFORE: SEYBERT,J.    DATE: 2/27/2012        TIME:10:00**

**DOCKET NUMBER: CR 08-655        TITLE: USA-V-**

**DEFT NAME: CHRISTIAN TARANTINO**
    __X__ PRESENT  ____ NOT PRESENT  __X__ IN CUSTODY  ____ ON BAIL

                    FRANK DODDATO,
**ATTY. FOR DEFT.: STEPHEN ROSEN            C.J.A.**
            __X__ PRESENT     ____ NOT PRESENT  __X__ RET

        SEAN FLYNN,
**A.U.S.A.  JAMES MISKIEWICZ            DEPUTY CLERK: C. BARAN**

**COURT REPORTER:**  ____ P. AUERBACH   ____ E. COMBS   ____ P. LOMBARDI
____ S. PICOZZI  __X__ H. RAPAPORT  ____ M. STEIGER  ____ R. TOLKIN
____ D. TURSI    ____ O. WICKER

__X__   CASE CALLED.  ALL COUNSEL PRESENT.

____   CONFERENCE HELD.

__X__   HEARING HELD; WITNESS(ES) CALLED.

____   CASE ADJOURNED TO __/__/2012 AT __:__ M FOR HEARING.

____   JURY SELECTION & TRIAL RESCHEDULED TO 4/3/2012 (QUESTIONNAIRES COMPLETED); 4/10/2012 AT 10:00AM (VOIR DIRE).

__X__   DEFT. CONTINUED IN CUSTODY.

____   OTHER: _____