

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*United States Attorney's Office*

*610 Federal Plaza*
*Central Islip, New York 11722-4454*

April 9, 2012

The Honorable Joanna Seybert
United States District Judge
United States District Court
Eastern District of New York
1034 Federal Plaza
Central Islip, New York 11722

    Re:  United States v. Christian Tarantino
         Criminal Docket No. 08-CR-655(JS)

Dear Judge Seybert:

    This is to memorialize that the government has prepared copies of additional 3500 material, as well as new exhibits, to be offered at trial in the above-captioned matter.  By separate email this morning, counsel for the defense have been invited to pick up their copy of the material at the U.S. Attorney's Office in Central Islip, New York.  A duplicate set will be delivered to the Court's chambers momentarily.

    Respectfully submitted,

    LORETTA E. LYNCH
    United States Attorney

        /S/
By: _____
    James M. Miskiewicz
    Sean C. Flynn
    Assistant U.S. Attorneys
    (631) 715-7841

cc:  All Counsel of Record
    Clerk of Court (via ECF)