**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N.Y

★ MAY 1 4 2012 ★

LONG ISLAND OFFICE

COURT EXHIBIT
11    5/14

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------★-X

UNITED STATES OF AMERICA,

    -against-

**VERDICT FORM**
08-CR-0655(JS)

CHRISTIAN GEROLD TARANTINO,

    Defendant.
-------------------------------X

*< < < ALL JURORS MUST AGREE ON THE ANSWER TO THE QUESTIONS > > >*

**Indictment (Count One) - Conspiracy to Commit the Obstruction of Justice Murder of Vincent Gargiulo**

    How do you find the defendant Christian Gerold Tarantino on Count One of the Indictment?

        Guilty __|__        Not Guilty _____

**Indictment (Count Two) - Obstruction of Justice Murder of Vincent Gargiulo**

    How do you find the defendant Christian Gerold Tarantino on Count Two of the Indictment?

        Guilty ____        Not Guilty __|__

PLEASE HAVE THE JURY FOREPERSON SIGN AND DATE THIS FORM WHERE INDICATED, AND NOTIFY THE COURT.

Dated: Central Islip, New York
May 14, 2012

_____#41_____
FOREPERSON

COURT EXHIBIT
10    5/14
      1:00

DEAR CHARLES-

WE HAVE A VERDICT

JUROR #1

COURT EXHIBIT
9    5/14
     11<sup>15</sup>

DEAR CHARLES

CLARIFICATION OF CHARGE -

· 'SECOND COUNT'
   'FIRST " - THAT THE DEFENDANT
KNOWINGLY AND UNLAWFULLY KILLED
VINCENT GARGIULO

DO YOU NEED US TO FIND THAT C. TARANTINO
ACTUALLY KILLED GARGIULO.

JUROR #1

COURT EXHIBIT
8    5/14
     10³⁰

DEAR CHARLES-

~~#ET~~

ON THE LAST DAY OF TESTIMONY, THERE WERE

2 WITNESSES OR EVIDENCE WHICH WAS ACCEPTED

BY THE COURT AND PROSECUTION/DEFENSE WHICH

WE DID NOT SEE OR HEAR. WE WANT TO

SEE COPIES OF THESE. WE WANT A COPY OF

~~(THIS.~~

Juror #1
FOREPERSON

COURT EXHIBIT
7    5/10    1:50

would like to know
what happen.
w/ Justin Bussman
&
Rob Smyth

were
Both where mentioned
in the Court Room but it was
never revealed where
they are now its/their

JUROR I

COURT EXHIBIT
5/10
6    12$^{15}$

DEAR CHARLES-

PLEASE PROVIDE THE FOLLOWING:

JG-1 -JG-4
3500-JH-1
3500-JKG -2

RS39 - TRANSCRIPT -

THANK YOU -

JUROR #1
FOREPERSON

DEAR CHARLES -

   PLEASE PROVIDE US WITH THE FOLLOWING:

GOVERNMENT:
   VZ 1 - VZ 7
   AT 1 - AT 3
   PA 1 - PA 5
   SN 1
   AZ 1 - 2
   VW 1 - VW-2
   PA 1 - 3
PABLO AMADOR - CROSS EXAM + RE-DIRECT


DEFENSE -


   A - B   FBI FORMS 302
   "E" - VERIZON PHONE RECORDS -


                    THANK YOU -
                    JUROR #1
                         FOREPERSON

DEAR JUDGE SEYBERT;

A JUROR WOULD LIKE TO

VIEW "JW1" PADDED

MAILING ENVELOPE....

THANK YOU

COURT EXHIBIT
4  5/9
   4:45

# 41

2EPERSON

3

To Charles Bacas ~

Based on Judge Seybert's proposed schedule, outlined yesterday (Tues 5/8), I have to conflict on Monday, May 14.

I received a letter last week dated May 4th from the Dept. of Labor (Hauppauge) requiring me to attend a 1:30 pm meeting on Monday, May 14th. I'm currently in between jobs and actively pursuing full-time employment.

I await your instructions. Thank you.

(Alternate)          # 186

COURT EXHIBIT
5/7

2

I do not know why I would have to appear in your courtroom I have no new nor any open cases, pending. I am not a witness or co-conspirator in any criminal case whatsoever.

I was in a federal Prison 3000 miles away. Not a "detention center", where you go to and from court. Unless your going to court on appeal, or re-sentencing or new charges there would no reason for me to be taken out of my Prison to be brought to New York.

Unless your honor has found "new evidence" that would end my sentence, and be able to send me home, I would appreciate it, If you would please satisfy my "writ" and Please send me back to my prison at your earliest convenience.

Thank You for your help.

Joe Pistone
57975053
M.D.C. Brooklyn

RECEIVED
IN CHAMBERS OF
HON. JOANNA SEYBERT
★
MAY 0 7 2012
★



Joe Pistone
M.D.C. 57975053
P.O. Box 329002
Brooklyn, N.Y. 11232

LEGAL MAIL

Honorable Judge J. Seybert
U.S. District Courthouse
100 Federal Plaza
Central Islip, N.Y.

COURT EXHIBIT

4/25

11 ^10

I am Juror 152 and
I am having a hard time
staying awake for the case.
I am not used to sitting
Down For long periods because
I always keep active. I try
to pay attention to the
case but my sleep gets the
best of me. Even though I
go to bed early every Day, I
Attend to Fall asleep when
I am still For long periods OF
time. I am having a hard time
staying awake For the case.

                        - Juror 152