LAW OFFICES OF
STEPHEN H. ROSEN, P.A.
100 ALMERIA AVENUE, SUITE 205
CORAL GABLES, FLORIDA 33134

STEPHEN H. ROSEN, ESQUIRE                                    TELEPHONE: (305) 448-9900
EMAIL: attnyrosen@aol.com                                    FAX: (305) 448-9337

June 6, 2012

**BY ECF**

The Honorable Joanna Seybert
U.S. District Court
P.O. Box 9014
Central Islip, New York 11722-9014

      Re:    U.S. v. Christian Gerold Tarantino
              Case No. 08-CR-655(JS)

Dear Judge Seybert:

      On March 26, 2012 Docket # 341, this Honorable Court denied Defendant Tarantino's Motion to Exclude the Garguilo tape. (Docket # 306).  The Court indicated that a written Order would be forthcoming.

      As of today's date no written Order denying the Motion to Exclude has been docketed by the Clerk.  The Defendant hereby requests this Court enter a written Order setting forth the legal and factual issues which formed the basis for the denial of Defendant's motion.

      Respectfully submitted,

      S/STEPHEN H. ROSEN

SHR/mr