```
 1   UNITED STATES OF AMERICA
     EASTERN DISTRICT GRAND JURY
 2
     ----------------------------------------X
 3
     UNITED STATES OF AMERICA,
 4
                       -against-
 5
     SAVERIO GALASSO III,
 6         also known as "Sammy,"
     JOSEPH PISTONE,
 7         also known as "Joe Baldy,"
     MICHAEL DELUCIA,
 8         also known as "Michael Fazio,"
     ROBERT MISSERI,
 9         also known as "Robert Mangano," and
     GARY HENDRICKSON,
10
                       Defendants.
11
     ----------------------------------------X
12
                       United States Courthouse
13                     Uniondale, New York

14                     April 6, 2000

15
     APPEARANCES:
16
                       GARY BROWN, ESQ.
17                     JAMES MISKIEWICZ, ESQ.

                       Assistant U.S. Attorneys
18
19   WITNESS:

20                     SPECIAL AGENT ROBERT F. SCHELHORN

21
                       Grand Jury Reporter:
22                     Lisa H. Edelstein, RPR

23
     Proceedings recorded by mechanical stenography, transcript
24   produced by (CAT) Computer Aided Transcription.

25
```

Government Exhibit
3500-RS-1
08-CR-655(JS)

GOVERNMENT EXHIBIT
3500-RFS-5
00 CR0122(ADS)

```
1            (At this time the witness entered the Grand Jury
2        room.)
3            MR. BROWN:  The foreperson will swear you in.
4            THE FORELADY:  Good morning.
5            Do you swear to tell the truth, the whole truth
6        and nothing but the truth?
7            THE WITNESS:  I do.
8            THE FORELADY:  Have a seat.
9    EXAMINATION BY
10   MR. BROWN:
11       Q    Sir, could you please state your name and
12   occupation, please.
13       A    My name is Robert F. Schelhorn.  I'm an FBI
14   agent.
15       Q    Spell your last name.
16       A    S-C-H-E-L-H-O-R-N.
17       Q    For how long have you been a special agent with
18   the Federal Bureau of Investigation?
19       A    A little over four years.
20       Q    What area of specialty or expertise have you
21   developed during that period?
22       A    I spent about three and-a-half years working
23   Russian organized crime and probably about seven or eight
24   months working traditional organized crime.
25       Q    What is traditional organized crime?
```

April 6, 2000                    9

```
1          A       Primarily, as most people know it, wise guys.

2    Traditionally, there's five families within the New York

3    area.  Most people know them as the Colombo Family, Genovese

4    Family, Gambino Family, Bannano Family, Luchese Family.

5                  That's the families that I work.  It encompasses

6    the circle of organized crime.

7          Q       That would be the group that's traditionally the

8    Mafia or La Cosa Nostra?

9          A       Correct.

10         Q       You mentioned five families.  Do those families

11   have a leadership structure?

12         A       Correct.

13         Q       Who's the top member of that leadership

14   structure?

15         A       Each specific family has what's called a boss.

16         Q       The bosses of the five New York families working

17   together is called what?

18         A       If they work together, it's commissioner.

19         Q       The commissioner; correct?

20         A       Correct.

21         Q       Now, the Colombo Family, you indicated, is one of

22   those families; correct?

23         A       Correct.

24         Q       Is it fair to say that the information you're

25   going to give us about the Colombo Family is pretty much
```

April 6, 2000                    10

1    true about all the families, how you work, how you get in,

2    how you get out, that sort of thing; correct?

3          A    Correct.

4          Q    What is a made member?

5          A    A made member is a person who has, over time,

6    demonstrated that he's a good earner for the family, a

7    person that has made a substantial amount of money, who's

8    committed a substantial amount of time towards working in

9    the arena of crime and a person who the family thinks will

10   continue to demonstrate a loyalty to that family.

11         Q    Can you distinguish between a made member and an

12   associate?

13         A    Yes.

14         Q    Please do.

15         A    A made member is a member who's sworn to the

16   creed of that specific organized crime family.  It's a

17   ceremonial process, which for the most part does not happen

18   to the majority of people.  It's just people that are

19   considered the higher ranking individuals in a specific

20   family.

21         Q    Is it fair to say there's an entire ceremony that

22   they go through?

23         A    Correct.

24         Q    I believe something is burned in their hand?

25         A    Yes.  You may hold a picture of a saint, which is

April 6, 2000                    11

```
 1    burned in your hand.  They actually may prick your finger

 2    until blood comes out of your finger.

 3              It's all done before -- generally, there's a gun

 4    on the table.  It's a ceremonial process.

 5        Q    As part of that ceremony, one takes the oath

 6    known as omerta, O-M-E-R-T-A; correct?

 7        A    Yes.

 8        Q    That is the swearing of allegiance to the family

 9    for life; correct?

10        A    Correct.

11        Q    By contrast, associates to La Cosa Nostra

12    Families are what?

13        A    Generally unmade members.  They want to be people

14    that are on the fringes of the group, people that do work

15    for these made members, who report underneath to the

16    hierarchy.  They're at the lower end.

17        Q    Is it fair to they that associates of a crime

18    family work for that family and pay monies up to them and

19    work under their protection; correct?

20        A    Correct.

21        Q    The group that we are working primarily consists

22    of associates; correct?

23        A    Correct.

24        Q    When you get a group of made members or

25    associates together, that's referred to as a crew?
```

VERITEXT, LLC

(516)608-2411                    (212)267-6868

April 6, 2000        12

```
 1        A      Correct.

 2        Q      Have you been investigating a crew of Colombo

 3   Family associates?

 4        A      Yes.

 5        Q      How long have you been conducting that

 6   investigation?

 7        A      The Bureau, since 1994.

 8        Q      You've been involved for how long?

 9        A      I've been involved in it for about seven months

10   with this specific group.

11        Q      During the seven months that you've been looking

12   at this crew, what methods and what steps have you taken to

13   investigate them?

14        A      Numerous interviews, surveillances, interviews

15   with witnesses, conversation with other law enforcement

16   personnel.

17        Q      Have you also attempted, in some cases

18   successfully, to recover physical evidence?

19        A      Yes.

20        Q      That has been through search warrants and other

21   means; correct?

22        A      Yes.

23        Q      Tell us, this crew that you have been

24   investigating -- first of all, who is Saverio Galasso?

25        A      Saverio Galasso is what's called -- I used the
```

April 6, 2000        13

1    term earner before.  He's a very big earner for the Colombo

2    Family.

3              He's kind of born into the organized crime world.

4    His dad is an associate of Sony Frances (phonetic), who's a

5    captain in the Colombo Family.

6        Q    Let's talk about Sony Frances.  First of all, you

7    said he's a captain in the Colombo Family?

8        A    Correct.

9        Q    What relationship does he have with the crew that

10   you've been investigating?

11       A    He's -- on the hierarchy scale, he's the boss of

12   that specific crew.

13       Q    So fair to say that he either directly or

14   indirectly controls many of their actions; correct?

15       A    Correct.

16       Q    If you're an associate of an organized crime

17   crew, do you owe any money to the family with which you're

18   associated?

19       A    Yes.

20       Q    How does that work?

21       A    It's pretty well understood within the organized

22   crime arena that 10 percent of your illegal -- the proceeds

23   of your illegal activity are kicked up to whoever you work

24   for.

25              It goes from you, up to the person that you work

1    for, up to the boss, up to the captain.

2         Q    What percentage are you generally required to

3    pay?

4         A    Traditionally, it's 10 percent.

5         Q    You pay 10 percent of criminal activities; right?

6         A    Yes.

7         Q    If you had a job as a truck driver, you don't pay

8    part of your salary?

9         A    No.

10        Q    But if you do a stick-up, you do pay?

11        A    Yes.

12        Q    That's acting under the protection, essentially,

13   of that family?

14        A    Correct?

15        Q    Just before we go further, you indicated there's

16   an individual named Sam Galasso.  I guess Sammy; correct?

17        A    Yes.

18        Q    His father has the same name; correct?

19        A    Correct.

20        Q    The individual we are looking at is Sammy

21   Galasso, III?

22        A    III.

23        Q    His father, Sammy Galasso, Jr. is also an

24   associate of Sony Frances?

25        A    Correct.

April 6, 2000          15

```
 1          Q      Fair to say of the crew and associates you've

 2     been looking at, Sammy Galasso carries the most weight?   In

 3     other words, he's the most connected to the family?

 4          A      Right.

 5          Q      For the convenience of the Grand Jury, we'll

 6     refer to that group as the Galasso crew.  Is that okay?

 7          A      That's fine.

 8          Q      First of all, who are the members of that crew?

 9          A      Underneath Sammy Galasso would be Robert Misseri,

10     Joseph Pistone, who's better known as Joe Baldy, Peter

11     Pistone, Joseph's brother, Michael DeLucia and Gary

12     Hendrickson.

13          Q      These individuals were all associates that work

14     with the crew; correct?

15          A      Correct.

16          Q      Can you tell me, in general, the kinds of

17     activities that the crew has carried out, based on your

18     investigation?

19          A      Primarily the crew would carry out white collar

20     crimes, which included telephone scams, extortions, loan

21     sharking, in this case, murder and arsons -- and arson, I

22     should say.

23          Q      You indicated that the associates owe a 10

24     percent contribution back to the family.  What happens if

25     they don't pay the 10 percent?
```

April 6, 2000                    16

```
 1          A      They have got problems at that point.  It's -- in

 2    the organized crime arena, if you don't pay your kickback,

 3    the losses can be -- could be severe.

 4          Q      We are not talking about civil litigation;

 5    correct?

 6          A      No.  This is not done in a courtroom.  It's kind

 7    of understood if you don't pay up, you're going to have

 8    problems which can be --

 9          Q      You can take a beating --

10          A      And death.

11          Q      -- or you can get killed; correct?

12          A      Correct.

13          Q      In the proposed indictment, we refer to an

14    individual as John Doe, who is a member and leader in the

15    Colombo Family.  The Grand Jury needs to know the identity

16    of who that person is.

17                 Would that be Sony Frances, who you described

18    earlier; correct?

19          A      Correct.

20          Q      He, again, was the intermediary between the

21    Galasso crew and the Colombo Family?

22          A      Correct.

23          Q      I want to begin by asking you about an individual

24    by the name of Louis Dorval (phonetic).  Based upon your

25    investigation, Agent, who was Louis Dorval?
```

April 6, 2000          17

1    A    Louis Dorval was an associate that ran with both

2    the Gambino Family and the Colombo Family.  He did a little

3    freelance work.

4         When I say freelance, he worked both crews at the

5    same time.

6    Q    Going back to approximately 1994, did Louis

7    Dorval have some problems?

8    A    Yes.  Louis was indicted on federal Rico charges

9    for various crimes, which included counterfeiting, robbery,

10   et cetera.

11   Q    Based on information you received from at least

12   one confidential source of information, did those problems

13   include the fact that he was seen as a weak link?

14   A    Correct.

15   Q    What does that mean?

16   A    Louis was -- being that he was indicted on

17   federal charges, he was -- he was -- he had a lot of

18   exposure that could hurt the organized crime world.

19        We were advised by witnesses that he had a big

20   mouth.  He used to shoot off his mouth.  He was known have a

21   big mouth.

22   Q    So that would cause some concern for a crime

23   family like the Colombo Family?

24   A    Most definitely.

25   Q    In addition to that, you learned of later

April 6, 2000          18

```
 1    problems, but we'll come back to that.

 2         A     Correct.

 3         Q     What happened to Louis Dorval in or about August

 4    of 1994?

 5         A     Louis's body wound up floating in the Atlantic

 6    Ocean about 30 miles offshore of Long Island.  He was killed

 7    and placed in a Tufpin (phonetic) toolbox.  If you've seen

 8    them at Home Depot, it's about two by three by two.

 9         Q     How was that box recovered or discovered?

10         A     The box was found floating offshore of Long

11    Island.  I believe it was a police officer on his day off on

12    a fishing trip.

13         Q     The Coast Guard recovered the box?

14         A     Correct.

15         Q     Inside, they found Mr. Dorval's body?

16         A     Correct.

17         Q     Has there been a determination as to what caused

18    Mr. Dorval's untimely demise?

19         A     Yes.

20         Q     What was that?

21         A     He was shot in the head.

22         Q     Was the bullet recovered?

23         A     Partial pieces of the bullet were found to be in

24    Louis's head.

25         Q     Was a ballistics analysis conducted on the
```

1    portions of the bullet that were collected?

2         A    Yes.

3         Q    What determinations were made about the kind of

4    weapon used to kill Louis Dorval?

5         A    That bullet came from a revolver.

6         Q    I'm going to show you what's been marked as Grand

7    Jury's Exhibits 1 through 4 of today's date.  Can you tell

8    us what these are?

9         A    Yes.  These are photos of Louis's body packed in

10   a Tufpin toolbox located, at this point, I think at one of

11   the Fire Island -- it's where the -- I'm sorry -- Suffolk

12   County Police Department brought Louis's body back to the

13   coast and his body was left on the trailer prior to going to

14   the Medical Examiner's Office.

15        Q    Is it fair to say, based on your investigation,

16   that these photos accurately depict the way Louis Dorval

17   looked when he was found in the box; correct?

18        A    Definitely.

19        Q    That goes down to including the kind of clothing

20   he's wearing and the position he's in and whatnot?

21        A    Correct.

22             MR. BROWN:  I'm going to hand this to the

23        foreperson.  I'd ask you to look at them and have them

24        circulated, if you would.

25             As I'm passing it around, I will continue the

April 6, 2000          20

1          questioning, if it's okay.

2          Q     Did there come a point in time, actually fairly

3     recently, when you developed a lead or a break in the case

4     of the murder of Louis Dorval?

5          A     Yes.

6          Q     What was that break?

7          A     An individual by the name of Peter Pistone, who I

8     had mentioned earlier, had contacted the Nassau County

9     Police Department that he had some information regarding an

10    individual that was killed and his body was placed out to

11    sea.

12         Q     At the time that Peter Pistone called in, where

13    was he and why was he there?

14         A     He was Upstate, New York, close to the Canadian

15    border.  He had been charged on a state arson charge by

16    Nassau County.

17         Q     He had been convicted of that charge at that

18    time?

19         A     Correct.

20         Q     Do you know how much time he was facing as a

21    result of that?

22         A     I believe it was three to six years.

23         Q     Is it fair to say that he came in and started

24    providing information to law enforcement?

25         A     Correct.

April 6, 2000          21

```
 1        Q      It included some information about Louis Dorval?

 2        A      Correct.

 3        Q      Have you debriefed Mr. Pistone about Louis

 4   Dorval's death?

 5        A      Yes.

 6        Q      Has he told you what he knows about it or has he

 7   told you about that incident?

 8        A      Yes, he has.

 9        Q      Before we continue with that, I would ask you

10   what has he done with regard to accepting responsibility for

11   any role he might have had in the death of Louis Dorval?

12        A      Peter Pistone has taken a plea on the federal

13   level as an accessory after the fact.

14        Q      To?

15        A      To the murder of Louis Dorval.

16        Q      Is it fair to say that as a result of that, he

17   faces far more time than he did on the state arson charges;

18   correct?

19        A      Yes.

20        Q      Let's start at the beginning.  What did Peter

21   Pistone tell you about Louis Dorval, what he knew about him

22   and how he died, Louis?

23        A      Peter had explained to us that Louis had had some

24   problems with the -- with the people he ran with, in that he

25   had a big mouth and was shooting off his mouth and that he
```

April 6, 2000          22

 1    was doing drug deals which he wasn't kicking up for.

 2              And ultimately he wound up paying the price where

 3    his body was -- the end result was his body was found

 4    floating out in the Atlantic Ocean.

 5        Q    Where did Peter Pistone begin the night when

 6    Louis Dorval died?

 7        A    He stated that he was in his residency in

 8    Farmingdale when his brother, Joseph, and Joseph's friend,

 9    Robert, had come over to their house, over to Peter's house,

10    picked him up in a Blazer and then proceeded to go to

11    Westbury to Sam Galasso's office, where they were, at that

12    time, to meet up with Louis Dorval, the deceased.

13              At that time --

14        Q    Let me stop you for a second, Agent.  You

15    mentioned Joseph Pistone.  In the proposed indictment,

16    that's Joe Baldy; correct?

17        A    Yes.

18        Q    You mentioned Robert.  That's Robert Misseri

19    mentioned in the proposed indictment?

20        A    Yes.

21        Q    They traveled together with Peter to Sam

22    Galasso's office?

23        A    Correct.

24        Q    They met Louis Dorval there?

25        A    Correct.

April 6, 2000          23

1      Q      Now, at that time, according to what Peter told

2   you, what was he under the impression was going to happen

3   that night?

4      A      Well, Peter knew that generally when they

5   worked -- when they went out with Louis and the four of them

6   were together, that there was going to be trouble at one

7   point, that somebody was likely going to get beat up.

8      Q      What kind of -- what do you mean?  Why would

9   somebody get beat up?

10     A      Generally, these are the type of guys that would

11  travel with gloves in their pocket when they went out at

12  night, solely used to put a beating on people.

13     Q      That was generally in connection with some scheme

14  or extortion or something like that?

15     A      Yes.

16     Q      Peter did not know that something was going to

17  happen to Louis?  He thought Louis was going to help with

18  the job that they were doing; correct?

19     A      Correct.

20     Q      According to Peter, what happened next?  After

21  they picked up Peter, what happened next?

22     A      His brother, Joe Baldy, advised Peter, who was

23  now driving, to drive to the Cafe Royale, an adult

24  entertainment strip club in Farmingdale on Route 109,

25  because he needed to look for someone.



VERITEXT, LLC
(516)608-2411                    (212)267-6868

April 6, 2000                24

```
 1                    Peter proceeded to drive to the club, at which

 2      time Joe then told him, "The person I'm looking for is not

 3      here.  Drive up to Allen Boulevard in Farmingdale," which is

 4      at that point about a mile away.

 5           Q     What kind of vehicle were they driving that

 6      night?

 7           A     They were driving a 1990 Chevy Suburban.

 8           Q     Who owned that vehicle?

 9           A     Joe Baldy's girlfriend at that time, Michelle

10      Fortus.

11           Q     Michelle F-O-R-T-I-S?

12           A     T-U-S.

13           Q     Have you interviewed Michelle Fortus about that

14      car?

15           A     Yes.

16           Q     Has she owned it since it was new?

17           A     Yes.

18           Q     Is it fair to say, she indicated Joe Baldy

19      borrowed it from time to time when they were dating;

20      correct?

21           A     Correct.

22           Q     When they are driving and get near Allen

23      Boulevard --

24           A     In Farmingdale.

25           Q     -- what's the seating arrangement?
```

```
1            A       Peter Pistone is driving.

2            Q       Who else is in the car and where are they

3    sitting?

4            A       Peter Pistone is driving the car.  At this time

5    Robert Misseri is in the driver passenger seat, Joe Baldy's

6    in the rear, as well as Louis Dorval.

7            Q       We got Louis and Joe in the back, Robert in the

8    passenger seat?

9            A       Correct.

10           Q       According to Peter Pistone, what happened?

11           A       They drive around Allen Boulevard, within the

12   area right there, for a few minutes and then at one point,

13   as Peter's driving, he hears a gun go off, a loud shot.

14           Q       Before the gun, did he hear someone say something

15   to Louis Dorval?

16           A       Yes, he did.  He recalls someone asking Louis to

17   get something out of the compartment spot in the back of the

18   Blazer.

19           Q       So the cargo area in the back of the Blazer?

20           A       Correct.

21           Q       Which you reach by turning around over the back

22   seat?

23           A       Correct.

24           Q       After Louis Dorval turns around to get something

25   in the back seat, what does Peter Pistone hear next?
```

 1          A       Peter hears a loud shot echoed throughout the

 2     car.

 3          Q       He turned around to see what?

 4          A       He turns around to see Joseph, his brother, Joe

 5     Baldy, now with a revolver in his hand.

 6          Q       Where is Louis?

 7          A       Louis is now slumped over the back seat of the --

 8     of the Blazer, with his head into the cargo area.

 9          Q       After he sees Louis Dorval presumably shot dead,

10     laying over the back seat, what is Peter Pistone, who's

11     behind the wheel, told to do?

12          A       Peter Pistone at this time is told to look

13     straight ahead and keep his mouth shut.

14          Q       Who tells him this?

15          A       Both Joseph, his brother, and Robert Misseri,

16     who's in the front seat.

17          Q       Is it fair to say that Peter Pistone was close

18     with Louis Dorval?

19          A       Peter -- Peter's family, they had lived next to

20     one another when they were growing up as kids.

21          Q       So he was understandably upset at this point?

22          A       Oh, definitely.

23          Q       But it's fair to say that both Robert and Joe

24     Baldy tell him, "Calm down.  Keep driving"?

25          A       Correct.

April 6, 2000          27

```
 1          Q       Where is he directed to go?

 2          A       At this point he's directed to drive on the same

 3     block up to -- there's a motorcycle shop on Allen Boulevard

 4     in that area and he is told to pull the car into the

 5     motorcycle shop, at which point before the car even stops,

 6     Robert Misseri jumps out of the car.  Joe Baldy jumps out of

 7     the car and they go into the bushes where they have a Tufpin

 8     toolbox placed at this time.

 9          Q       What happens next?

10          A       Then Joseph, Joe Baldy, opens up the trunk of the

11     vehicle and now proceeds to pull Louis's body from the

12     truck, out of the back of the truck, and him and Robert

13     proceed to place the body into the toolbox.

14          Q       Placing the body into the toolbox involves what?

15          A       Louis was about a 200-pound man and a weight

16     lifter.  Getting him in this two by three by two box was a

17     task itself.

18                  Peter describes it, he hears cracking noises

19     coming from the back of the truck.

20          Q       Who is it that's stuffing Louis's body into the

21     box?

22          A       Both Robert and Joe Baldy are crunching Louis up

23     to put him in the box.

24          Q       After they get him into the box, what is done

25     with the body in the box?
```

April 6, 2000          28

```
 1         A     The box is then reloaded into the Blazer and

 2    Peter is advised then to drive straight down Allen Boulevard

 3    to County Line Bowling Alley in Farmingdale.

 4         Q     What happens then?

 5         A     At that point Robert Misseri makes an attempt to

 6    talk to Joseph Baldy and Joe tells him, "Not right now."

 7    When the car stops, Robert jumps out of the car and proceeds

 8    to go to his personal vehicle, which is now parked at the

 9    County Line Bowling Alley.

10              Peter is distraught at this point and pleads with

11    Joseph that he wants to go home.  He wants to get out of

12    here, but Joe threatens him that he's going to stay with

13    him.

14         Q     What do they do from there?

15         A     At that point Joe tells Peter to drive the car to

16    Massapequa, down by the shore, by Dick & Dora's Restaurant.

17         Q     What's waiting for them when they get there?

18         A     When they get to Dick & Dora's Restaurant,

19    there's a personal family boat, personally owned family

20    boat.  Joe goes to the slip where the boat is parked and

21    drives the boat around onto the beach and Peter's told by

22    Joe to help him load the body, load the body off the truck

23    onto the boat.

24         Q     Have you independently verified that, in fact,

25    the Pistones owned a boat at that time?
```

April 6, 2000                29

1    A    Yes, we have.

2    Q    Once they get on the boat, what do they do?

3    A    Prior to getting on the boat, as they unload the

4    body, Peter recalls that as they went to take the body out

5    of the truck, the tailgate straps from the truck, due to the

6    weight of Louis's body, the tailgate straps break and the

7    rear tailgate door smashes off the bumper.

8         After this happens and the cooler is now on the

9    ground, Joe advises Pete, "Load the body on the boat."  Pete

10   loads the body on the boat with Joe.

11   Q    Okay.

12   A    And they proceed out to -- off of the Massapequa

13   shoreline.

14   Q    How long do they go out in the boat?

15   A    They -- Peter recalls they were out for hours,

16   endless hours.

17   Q    All this happens during the day or night?

18   A    Night.

19   Q    So it's after dark?

20   A    Yes.

21   Q    Once they get out to a certain spot in the water,

22   what happens?

23   A    Once they're out for a good distance, Peter

24   recalls seeing buoys floating, but they're out for hours.

25   Joe says, "This is the spot we are going to dump the body

April 6, 2000                30

```
 1  over."

 2      Q     They dump the body over the side in the box;

 3  correct?

 4      A     Yes.  They load the body up onto the boat.  They

 5  load it up onto the back of the boat and -- and proceed to

 6  place the body -- the box into the water.

 7      Q     According to Peter, what do they do to the box at

 8  that time?

 9      A     To ensure -- Peter describes to ensure the fact

10  that Joe will not have any problems with Peter ratting on

11  him, he forces Peter to shoot holes in the box and he does

12  that by placing his hand over Peter's hand and they shoot

13  extra rounds into the box, at which time now Joe tells

14  Peter, "Now there's no chance that you're going back to say

15  anything to anyone."  That he's in it for shooting the gun

16  into the box.

17      Q     What was the purpose of shooting holes into the

18  box?

19      A     That was just nothing more than insurance on

20  Joe's part to make sure that in case Peter decided to rat on

21  him, that Joe would have some leverage over Peter by saying,

22  "You were in it as well as I was."

23      Q     I'm sorry.  I asked the wrong question.

24            What was the purpose of the holes?

25      A     The holes will make it sink.
```

April 6, 2000                31

```
 1          Q      Make the box sink?

 2          A      Yes.

 3          Q      Did the box sink?

 4          A      No.  The box never sank.

 5          Q      Why?

 6          A      The way the box is built, the box retains air on

 7   the sides.  The box never filled up with water and stayed

 8   afloat.

 9          Q      Essentially, this is made of hollow plastic

10   panels.  Therefore, one hole in the box or two holes didn't

11   make it sink?

12          A      Yes.  Just a giant cooler.

13          Q      Have you or other agents examined that box?

14          A      Yes.

15          Q      Were there bullet holes in the box --

16          A      Yes.

17          Q      -- as Peter described?

18          A      Consistent with what Peter's statements were.

19          Q      According to Peter, after they dumped the box,

20   shot the holes, what did they do?

21          A      At that point then they make their way back to

22   the shoreline.  After getting back to the shoreline, Joe

23   drives Peter back to his home in Farmingdale.

24          Q      Subsequent to dumping the body and this incident

25   ending, did Peter get paid any money for his role in it?
```

VERITEXT, LLC
(516) 608-2411                    (212) 267-6868

April 6, 2000          32

1         A      Yes.  Peter got a few hundred dollars by both

2   Robert Misseri and Joseph.

3         Q      According to Peter Pistone's account, were Joseph

4   and Robert suddenly flushed with cash after Louis's death?

5         A      Yes, they were.

6         Q      Why?

7         A      After Louis's death, Peter describes that he was

8   told by his brother, Joseph, that they went back to Louis's

9   house in Queens and robbed his apartment, which at that time

10  was full of a substantial amount of cocaine.

11        Q      So they sold off the coke and made some money;

12  correct?

13        A      Correct.

14        Q      Have there been interviews conducted of a woman,

15  who was the girlfriend of Louis Dorval at that time?

16        A      Yes, there have.

17        Q      What is her name?

18        A      Janice Triesta (phonetic).

19        Q      According to Ms. Triesta, what happened to Louis

20  Dorval's apartment after his death?

21        A      Louis's apartment was robbed.  She knew of a

22  substantial amount of drugs that were held in Louis's

23  refrigerator.

24        Q      She said what happened to those?

25        A      The drugs were gone.

April 6, 2000          33

1     Q     In fact, she went back to get them; correct?

2     A     Yes.

3     Q     They were gone?

4     A     Yes.

5     Q     Again, it's consistent with what Peter tells you

6  about how they get the money?

7     A     Correct.

8     Q     After the death of Louis Dorval, did Peter

9  Pistone learn why Louis was killed?

10    A     Yes, he had.

11    Q     What did Joe Baldy tell him about what?

12    A     Joe Baldy told him that -- that Louis was a

13 problem, in the sense that he had a big mouth, that he had

14 recently got indicted by the feds and that he wasn't kicking

15 up to the right people that he was supposed to be kicking up

16 to.  He wasn't kicking up, at all.

17    Q     Are you certain that Joe Baldy said he had been

18 indicted?

19    A     No.  Excuse me.

20    Q     You learned that independently; yes?

21    A     Yes.

22    Q     According to what Peter learned from Joe Baldy,

23 who ordered Louis Dorval killed?

24    A     That would be who Peter referenced as the old

25 man.

April 6, 2000                34

```
 1        Q     Who is the old man?

 2        A     Which was Sony Frances.

 3        Q     Why is it that Joe Baldy would carry this murder

 4   out?  Why was he responsible?

 5        A     Joe Baldy was the person who stood up or vouched

 6   for Louis initially when he became part of the -- part of

 7   the underworld, the organized crime world.

 8        Q     Based on your understanding of how that world

 9   works, is it fair to say that Joe had to clean up a problem

10   he caused?

11        A     Yes, it was.  Louis's problems now became Joe's

12   problems.

13        Q     So either he kills Louis or what happens then?

14        A     Or then it was either Joe kills Louis or Joe

15   would have had problems himself.

16        Q     All right.  Let's move ahead a little bit.

17              Calling your attention to February 15th of 1998,

18   can you tell me what, if anything, happened to any members

19   of this crew that night?

20        A     Yes.  Joseph Baldy, Peter Pistone and Gary

21   Hendrickson were arrested by -- were arrested by the

22   Brookville Police Department for an arson that had taken

23   place off of Old Brookville Road in Brookville.

24        Q     How was it they came to be arrested?

25        A     They had -- they were stopped by the local police
```

VERITEXT, LLC
(516)608-2411                    (212)267-6868

1    up there exiting the scene of this kennel that had been lit

2    on fire.  They were stopped by police officers, at which

3    time they tried to state to the police officer that there's

4    a fire back aways and that they were going to the police

5    department.

6              The police officer actually let them go and then

7    had stopped them shortly thereafter, smelling gas and made

8    just -- was speaking with them and realizing that their

9    story didn't make any sense.

10             They were subsequently arrested for the arson of

11   that kennel.

12      Q     Let's focus on that kennel for a second.  Was

13   that near any particular real estate development?

14      A     Yes.  The kennel was backed up right against the

15   piece of land that was now being -- it was now being leveled

16   for the construction of new high-priced residential

17   construction, residential homes.

18      Q     What was the name of the developer?

19      A     Angelo Pironi.

20      Q     P-I-R-O-N-I?

21      A     I believe so.

22      Q     What kind of homes was Mr. Pironi building?

23      A     These were million-dollar homes.

24      Q     So high end?

25      A     High end, very high end, very large homes.

```
 1        Q      Is it fair to say that you've developed evidence

 2   that Mr. Peroni didn't like his million-dollar homes being

 3   near a kennel; is that correct?

 4        A      That's correct.

 5        Q      What evidence have you gathered in that respect?

 6        A      There's a letter that was sent out to the

 7   immediate neighbors on behalf of Angelo's wife.  That had

 8   stated there was a problem at the time with the barking

 9   dogs, that there were code violations and things of that

10   nature that hindered the construction of these new homes.

11        Q      Is it fair to say that Mr. Pironi and his wife

12   made some efforts to get zoning regulations in place that

13   would close down the kennel?

14        A      That's right.

15        Q      Is it fair to say that those efforts came to a

16   halt?

17        A      That's correct.

18        Q      I show you Grand Jury's 5.  Can you tell me what

19   that is?

20        A      This is a letter.  This is a letter that was sent

21   out by Angelo Pironi's wife, which basically was sent to the

22   neighbors.  That states that --

23        Q      Read the third paragraph.

24        A      There was zoning issues.

25               "I would like to try to organize a meeting so
```

April 6, 2000          37

```
 1    that we may discuss our rights as taxpayers of this

 2    community and just what we are able to do about this

 3    unwanted situation.  Each one of us should investigate what

 4    will happen to the value of our homes.  I am finding through

 5    my experience in trying to sell new homes next to the kennel

 6    that people do not want to live near these barking dogs.  I

 7    believe the village should impose restrictions possibly

 8    requiring full enclosure of the kennels with soundproofing."

 9         Q    That was written by Mr. Pironi's wife --

10         A    Correct.

11         Q    -- approximately 6 or 8 months before the arson?

12         A    Yes.  This is about -- about 11 months, 10 or 11

13    months.

14         Q    They were unsuccessful in closing down the

15    kennel; is that correct?

16         A    Correct.

17         Q    Now, Sammy Galasso, you mentioned him earlier?

18         A    Right.

19         Q    Where does he live?

20         A    Sammy Galasso lives in a high-end, newly

21    constructed development in Woodbury that was built by Angelo

22    Pironi.

23         Q    That's interesting.  Now, did Mr. Galasso, based

24    on his statements, buy that home?

25         A    No.  He has told agents that he presently rents
```

VERITEXT, LLC

(516)608-2411                    (212)267-6868

April 6, 2000          38

1    that home.

2         Q    For how much does he rent that home for?

3         A    $4,000 a month.

4         Q    According to what Mr. Galasso says, he pays

5    $4,000 a month rent for this luxury home built by

6    Mr. Peroni; correct?

7         A    Correct.

8         Q    According to your investigation, does Mr. Galasso

9    have legitimate income that would justify paying $4,000 a

10   month in rent?

11        A    No.

12        Q    So fair to say, he has some relationship with

13   Mr. Peroni; correct?

14        A    Definitely.

15        Q    Now, the night of this arson in which the kennel

16   was attempted to be burned down, did anyone see anything

17   that related to Mr. Galasso?

18        A    The -- yes.  The gas station attendant at an

19   Amoco Gas Station that was located in close proximity to the

20   kennel that was burned recognized the individuals.

21        Q    Well, he recognized which individuals?

22        A    Mr. Galasso.  I'm sorry.  I stand corrected.  He

23   recognized Mr. Galasso's vehicle and recognized, which the

24   Nassau County Police Department has -- has identified three

25   individuals by the names of Gary Hendrickson, Peter Pistone

April 6, 2000                 39

```
 1    and Joseph Pistone.

 2         Q     Is it fair to say that Gary Hendrickson and Peter

 3    Pistone both pled guilty to the arson in State Court?

 4         A     Correct.

 5         Q     Those charges are still pending against Joseph

 6    Pistone?

 7         A     Correct.

 8         Q     It's also fair to say that Gary Hendrickson has

 9    admitted his role in the arson --

10         A     Correct.

11         Q     -- in several different forums?

12         A     Yes.

13         Q     And Joe Baldy Pistone has also admitted his role

14    in the arson?

15         A     Correct.

16         Q     Is it fair to say that Gary Hendrickson, Joe

17    Baldy and now Peter have all indicated to you or other

18    agents that Sammy Galasso ordered this done?

19         A     Correct.

20         Q     It was because the builder couldn't sell the

21    houses next to the kennel; correct?

22         A     Correct.

23         Q     Peter Pistone has described what happened that

24    night?

25         A     Yes, he did.
```

April 6, 2000        40

1    Q    According to Peter Pistone, who acted as lookout

2  while the three men lit the building on fire?

3    A    Both Sam Galasso and Robert Misseri.

4    Q    He described Sam Galasso being there in his car?

5    A    In his -- at that time, in his Mercedes Benz.

6    Q    That was similar to the vehicle seen by the gas

7  station attendant; correct?

8    A    Correct.

9    Q    In addition to that, he described Robert Misseri

10  being there in his Mercedes?

11    A    Correct.

12    Q    That the three cars stayed in contact through

13  some type of walkie-talkie device?

14    A    Correct.

15    Q    Did the arson take place?

16    A    Yes.

17    Q    Did he light the building on fire?

18    A    Yes.

19    Q    Do you know if it was damaged or destroyed?

20    A    It was damaged, yes.

21    Q    This is a dog kennel which affects interstate

22  commerce in the sense that it is a business?  People pay

23  money to board their dog there; correct?

24    A    Correct.

25    Q    I meant to ask you one other question earlier

April 6, 2000        41

1   about the Grand Jury exhibits, the photographs.

2                  MR. BROWN:  By the way, I will circulate Grand

3          Jury's 5, the letter from Mrs. Pironi.

4          Q      You described that when Peter Pistone said they

5   were going out to do a job, he expected that someone was

6   going to get beaten up?

7          A      Correct.

8          Q      Both based on what he told you and experience,

9   does one tend to wear gloves when going out to beat someone

10  up?

11         A      If they -- if that's what their plan is, they may

12  wear gloves.  Most people don't wear gloves for any specific

13  reason.

14         Q      Well, let's start, first of all, in August, most

15  people don't wear gloves; correct?

16         A      Correct.

17         Q      Is it fair to say that in a fight, it is

18  sometimes helpful to wear gloves because you will cut up

19  your hands?

20         A      Correct.

21         Q      Secondly, when doing other types of crimes, it is

22  helpful to wear gloves so you don't leave prints?

23         A      Correct.

24         Q      Do you know what was on Louis's hands?

25         A      Yes.

April 6, 2000                    42

| | | |
|---|---|---|
| 1 | Q | What does he have on? |
| 2 | A | Gloves. |
| 3 | Q | You can see that in the photograph? |
| 4 | A | Correct. |
| 5 | Q | I wanted to talk to you about a couple of things |

6   that you've done to corroborate Peter Pistone's information

7   concerning the murder of Louis Dorval.

8           First of all, you indicated that Peter Pistone

9   indicated he saw Joe Baldy holding a revolver over Louis's

10  body?

11      A    Correct.

12      Q    Can you describe to us the ballistics findings as

13  to the kind of bullet --

14      A    Correct.

15      Q    -- and the marks of the bullet on Louis's body?

16      A    Yes.

17      Q    What was that?

18      A    They came out of a revolver.

19      Q    You also told us about the bullet holes in the

20  toolbox.  You found them in that toolbox; correct?

21      A    No.  We have not found those --

22      Q    He told you holes?

23      A    Holes?  Sorry.

24      Q    You found the holes?

25      A    Yes.  We found the holes.

April 6, 2000          43

```
 1          Q       Here's something I'd ask you to explain.  He

 2    mentioned to you, that is Peter Pistone told you, that the

 3    tailgate was broken on the car because Louis's body was so

 4    heavy.  It smashed the tailgate?

 5          A       Right.

 6          Q       What did he say they did concerning fixing that

 7    up before they returned it to Joe Baldy's girlfriend?

 8          A       Peter was asked to drive his brother, Joe Baldy,

 9    to an automotive shop in Brooklyn, where a friend of the

10    family then gutted the interior, as well as took the

11    tailgate off of the vehicle at that time.

12                  Basically, he repaired it to hide the fact that

13    Louis's body was in that truck.

14          Q       Have you spoken to Michelle, the woman who owned

15    the car, since its inception?

16          A       Yes, we have.

17          Q       Based on her knowledge, was that tailgate ever

18    broken in the way Peter described it?

19          A       No.

20          Q       She said the tailgate has never been broken --

21          A       No.

22          Q       -- that she knew?

23          A       That she knew.

24          Q       Have you since seized that car?  Have you gotten

25    that car, the Blazer, from Michelle Fortus?
```

April 6, 2000                44

```
 1        A       Yes.

 2        Q       Have you had that explained by an expert?

 3        A       Yes.

 4        Q       What did that explanation reveal concerning the

 5   tailgate?

 6        A       That the dimples in the hinges -- when you remove

 7   the tailgate, there's sort of a fixed hinge section that had

 8   dimples on both sides, both hinges.

 9                That would be consistent with a substantial

10   amount of weight being pressed on those hinges and the only

11   way it could have -- those hinges could have gotten like

12   that was if the straps gave way.

13        Q       So in other words, your expert tells you that

14   that tailgate was broken in the way that Peter Pistone

15   describes; correct?

16        A       That's correct.

17        Q       Yet the owner of the car doesn't know that?

18        A       Correct.

19        Q       According to what Peter Pistone explained, was

20   there blood in this car after the murder?

21        A       A substantial amount of blood.  Louis was draped

22   over the back seat of the truck.

23        Q       According to what Peter Pistone told you, what

24   steps were taken to clean that mess up?

25        A       Yes.  The interior of the truck was completely
```

April 6, 2000            45

```
 1   removed.
 2           Q       Did they return it to the owner with no interior?
 3           A       No.  It was replaced with new interior.
 4           Q       Is it fair to say, Agent, that based on your
 5   investigation, you know this crew to also be involved in a
 6   number of frauds; correct?
 7           A       Correct.
 8           Q       Fair to say that there are other agents who have
 9   been focusing on that end of the investigation?
10           A       Correct.
11           Q       Agent Schelhorn, have you told me everything you
12   know about the Galasso crew today?
13           A       Not everything.
14           Q       Is it fair to say that if the Grand Jurors had
15   additional questions, there might be more information you
16   could provide?
17           A       Yes.
18               MR. BROWN:  With that, I will ask you to step
19           outside.
20               (At this time the witness left the Grand Jury
21           room.)
22
23
24
25
```