EXHIBIT 1

RECEIVED IN CHAMBERS OF HON. JOANNA SEYBERT MAY 07 2012

I do not know why I would have to appear in your courtroom I have no new nor any open cases pending. I am not a witness or co-conspirator in any criminal case whatsoever.

I was in a federal Prison 3000 miles away. Not a "detention center" where you go to and from court. Unless your going to "court on appeal, or re-sentencing or new charges there would no reason for me to be taken out of my Prison to be brought to New York. Unless your honor has found "new evidence" that would end my sentence and be able to send me home, I would appreciate it, if you would please satisfy my "writ" and Please send me back to my prison at your earliest convenience.

Thank You for your help.

Joe Pistone
57975053
M.D.C. Brooklyn

EXHIBIT 2

Scott & Chris

    I know this letter is a waste of time, but it has to be said, only for you guys to switch it up and make your own stories that naturally make you right and always the good guys anyway. Don't get me wrong, I know I think I'm always right, but I do it for what I believe in. You guys decide what works best for you then you try to make it right, regardless of what you believe. I don't care how I look or how it effects things, I do what I believe in every time. It's obvious Brett has had a bigger effect on you guys then I did.

    As far as closing the gym down, I didn't want to close that gym, that was the last thing in the world I wanted, and leaving you guys on the hook was also the last thing in the world I wanted. And I know I've got a screw loose, so it is easy to dismiss everything I do as mad, but that is just not the case.(this time). A lot of things went through my head, some real I'm sure, some delusions I'm sure. I couldn't figure out what was going on, but I knew it wasn't good. It all came down to you guys, and you might not believe it but it is true. First the way you handled it, then it came down to trust, could I trust you. First I'll tell you why I closed it and then I'll give you some insight into the rational, so you don't think it was arbitrary or insanity.

    I didn't close the gym because some conspiracy theory, or I thought you guys were up to something. I bottom lined it. The rent was supposed to be paid and it was two hours before the sheriff padlocked the place and no one had been honest with me yet. I wasn't about to lose anymore money and had to cut my loses. And if you and Chris would of approached me different then, I would of handled it different. Instead of you coming to me and saying listen we've spoken to pitti and he doesn't have the money, but if you put the money up from the account we can work it out(and we could have), I would of done it. *Happily*!!! But no, you tried to lie and say pitti had the money and you chris and pitti tried to push me to put the money up, my money. Yes, despite what you think in those greedy little minds, that was all my company and all my money, atleast until pitti paid his money. Which naturally he never had(yes he had ten thousand but chris I don't buy bogus Photostat copies of checks that have never been deposited, nor a court stipulation saying your going to pay, you have to actually pay to convince me). So, I bottom lined it and had to make the tough decision to close it. I did't care if the thing ever made a dollar, I wanted it open, closing the first one put me over the edge for a while and this was the good gym but I don't think it had to do with money. They were both my babies and I would done anything logical to keep it open.

    Now you guys and trust. I haven't been able to trust a thing you guys say for a while, I can't remember how long it's been, but I should of realized it was actually the end of our friendship. One time we were like brothers, I don't know when that ended for you, I guess a while ago, but It never ended for me until now. You guys know of all people I was the only one that you could of counted on no matter what it was and that I would of died for you guys. All you ever had to do was ask and I'd do it, no money no strings attached, done! Would Barry do that for you? But, you didn't need that you needed money. But, I guess this is irrelevant. I know you lied to me sometime because it just wasn't my business or maybe I'm wrong about some of the times, but the truth generally ultimately comes out. Like when we were first doing 79th st. you guys were negotiating to become synergy behind my back and Damon made you guys get out of 79th

Scott. Dec    3/2/02    9:52

st., so Damon told me. What did you guys say, o'yeah, I was differcult. When I asked you why Brett would sell 95th st., you said I guess he feels bad for his brother after his mother died. Even after we closed 79th street, instead of just telling me you want the data you had to sneak around the topic with bullshit and have Eric do the same. I guess if I thought about I could go on and on. Don't get me wrong, your not pathological with me, I just can't trust what you say, or Chris or Eric. Nor can anyone for that matter. So, when you say pitti has the money you don't have much credibility. Do I think even for a moment that you or Chris were up to something and wanted that gym closed, not for even a moment. So why did it close, because it was going to happen anyway, he just did not have the money and it was about time I looked out for my interest. I know what your saying "and fuck us in the interim". You would have been fucked anyway, why should I take the lose. I know if you wanted you could of came up with the money in a minute to cover the money pittii didn't have and then you could of took his share of your clubs like you were dying to do anyway, but no, you said you wouldn't come up with the money so why should of I? Because it came from the account?

    Now, for the topic of why I took the equipment, because it was mine. Why do I feel that I shouldn't of gave you the equipment to offset your apparent loss. Why, because you made your bed, why should I lie in it. Would you do it for me, no!!! I'll give you a list of reasons. You didn't do me a favor when you signed that lease, you did it as a business venture as did Chris, you did it for yourselves and you take the risk. As I did putting my money up, which I lost. Or, maybe, you feel we're like the Three Musketeers, "in for one, and one for all" I like this romantic notion and I wish it was the truth and I would of gladly given the equipment to you. But, it's far from the truth, it's all about you. Did you tell Chris, or he you, that whoever"s lose was greater that you would personally make up the difference.(it would be really nice if this is the case and I'm wrong,but what are the chances of that?) Finally, you took 20% for brokering the deal and you fucked it up, you should of made pitti pay the money or come to me and say I don't think pitti can do it, not to let me find out hours before we are padlocked. I can't even believe you would take 1% to set up the deal, let alone 20, that's a real friend. Am I completely wrong about all this, maybe I really am crazy and just don't see things straight or maybe you should pay for your own stupidity, you can't get over all the time.

    Are you taking any money or part of his percentage of the gym from pitti because of this? I'm sure you are, but if it is my fault why would you do that? It's either my, his or your fault. But we can rule you and Chris out as being wrong can't we. That leaves him or I, it can't be both. Or can it be,so you can try to get money from each of us. Nice try getting the equipment from Sam though. As for pitti, he deserves everything he gets, I do believe he was up to something, what I don't know.

    Now about the thing you really want to know about. I don't have it I have someone who they would never think of has it. I didn't do that to ever use it, I just don't trust you guys.