# Affidavit of Christian Tarantino

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHRISTIAN GEROLD TARANTINO,

    Petitioner,

vs.                                   Case No.: 2:16-cv-03770-JS

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **AFFIDAVIT OF PETITIONER CHRISTIAN GEROLD TARANTINO**

I, Christian Gerold Tarantino, am the undersigned petitioner seeking relief in this case under 28 U.S.C. § 2255, and I state as follows:

1. I am providing this affidavit in support of the attached petition for relief.
2. My first trial defense counsel never met with me before jury selection to review the questionnaires completed by potential jurors.
3. I did not personally object during the first trial because I believed that a defendant represented by counsel cannot speak directly to the court unless the court speaks directly to the defendant.

1

Pursuant to 28 U.S.C. § 1746, I, Christian Gerold Tarantino, hereby state under penalty of perjury that the foregoing is true and correct.

*[signature]*

Christian Tarantino
Reg.No. 14684-050
USP Allenwood
U.S. Penitentiary
P.O. Box 3000
White Deer, PA  17887

Executed on June 13, 2017

2