# EXHIBIT "A"

Case 2:08-cr-00655-JS   Document 503-3   Filed 06/26/17   Page 1 of 4 PageID #: 14313

The undersigned has received the amount specified and recognizes his/her obligation to return an equal amount of checks and funds at the end of his/her tour.

| DATE | LOCATION OF PAYROLL | RELEASED BY: | AMOUNT | RECEIVED BY: |
|---|---|---|---|---|
| 1-23 | Alec Baron Woodside Etc × | | $2,902 | |
| | " " " Etc × | | $2,902 | |
| | Photo Circuits $2.99 | | $2,610 | |
| | " " $2w | | $2,610 | |
| | " " $2w | | $2,610 | |
| | " " $2w | | $2,610 | |
| | Preston Buffalow Etc | | $2,345 | |
| | " Etc | | $2,345 | |
| | CCP | | Photocopies | |
| | Airborne Cello Craft etc | | 62 UPS | |
| | " " | | 62 UPS | |
| | Melville Etc | | £1731 | |
| | " Etc | | £123/ | |
| | RDI Etc | | $288.4 | |
| | R.E. Etc | | $484 | |
| | RDI Etc | | $424 | |
| | Rangle RE | | $444 | |
| | " RE | | $444 | |
| | Myld W 44 ST | | $444 | |
| | " fleet | | 62-743 | |
| | | | $4,000 | |

GOVERNMENT EXHIBIT 3PF 08-CR-655

AirBorne Mellville 1+2
Gen Mech
Volt
Econoco
Birchwood

(2)

## DAILY PROOF SHEET

100s _____
50s _____
20s _____
10s _____
5s _____
1s _____
QUARTERS _____
DIMES _____
NICKELS _____
PENNIES _____
LOOSE COIN _____
CASH SUBTOTAL: _____

| ACCOUNT NAME | CHKS | AMOUNT |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

GAS _____
PARKING _____
OTHER _____
TOTAL RETURNED: _____

DATE: _____
VEHICLE USED: _____
CONDITION OF VEHICLE: _____
RADIO CHECK: _____
SIGNATURE OF CASHIER: _____
PLEASE PRINT NAME: _____
REMARKS: _____

FUNDS CHECKED BY: _____
CHECKS RUN BY: _____
SHEET PROVEN BY: _____

45000
AVP 32000 ~~30000~~
2000
1000
600
100
20
6
5

SHORT / OVER

81 731
TOTAL RECEIVED ~~79,731~~

AirBorne Melville 1+2
Gen Mech
Volt
Econoco
Birchwood

②

**DAILY PROOF SHEET**

100s _____
50s _____
20s _____
10s _____
5s _____
1s _____
QUARTERS _____
DIMES _____
NICKELS _____
PENNIES _____
LOOSE COIN _____
CASH SUBTOTAL: _____

| ACCOUNT NAME | CHKS | AMOUNT |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

GAS _____
PARKING _____
OTHER _____
TOTAL RETURNED: _____

DATE: _____
VEHICLE USED: _____
CONDITION OF VEHICLE: _____
RADIO CHECK: _____
SIGNATURE OF CASHIER: _____
PLEASE PRINT NAME: _____
REMARKS: _____

FUNDS CHECKED BY: _____
CHECKS RUN BY: _____
SHEET PROVEN BY: _____

45000
AVP 32000 ~~30000~~
2000
1000
600
100
20
6
5

SHORT / OVER

81,731
TOTAL RECEIVED ~~79,731~~

Airborne 2°

Gen mech 4°
Airborne 1°

Christine — wife (br. driver)
Jeane — Daughter — cop.
Jay — son (military).

573-7788 — Homicide squad.
Det. George Pierce (Pete is his assistant)
                    (bro)