# EXHIBIT "N"

# TRANSCRIPT

| | |
|---|---|
| **CASE:** | **U.S. v. CHRISTIAN TARANTINO**<br>08 CR 655 (JS) |
| **CD NO.:** | CD - Part II |
| **RUNNING TIME:** | 0:39:23 |
| **PARTICIPANTS:** | CT -- Christian Tarantino<br>VG -- Vincent Gargiulo<br>UF -- Unidentified Female |
| **ABBREVIATIONS:** | [UI] = Unintelligible<br>[PH] = Phonetic Spelling |

Government
Exhibit
RS-39
08 CR 655 (JS)

(Elapsed time starting 00:00:26)

**CT:** So the cops come upstate, you know.

**VG:** Right.   They go all the way upstate?

**CT:** Yeah, 'bout four of them, right?

So I get a phone call from --

**VG:** Feds or state?

**CT:** Both.

**VG:** Together?

**CT:** Yeah.   So listen, so I go, ah -- I get a call from MEL, you know.   Fuckin',

ah, KENNY comes to get me.   I'm like, what the fuck, you know.   So MEL

goes, CHRIS, listen, fuckin' U.S. Attorney wants to take DNA from you.

You fuckin' botched the armored car up, blah, blah, blah, blah, blah.

**VG:** They didn't take it, did they?

**CT:** Listen.   So I go, holy fuck; and I ain't giving it to them, you know?   He says

this.   I ain't giving to them.   I go, it's gonna come back, you know?   So,

ah --

Case 2:08-cr-00655-JS   Document 503-16   Filed 06/26/13   Page 3 of 33 PageID #:
Case 2:08-cr-00655, Document 140, 11/24/2013, Page 260 of 295

GA257

2

VG:        From the car [UI]?

CT:        Yeah.   Listen, I'll tell you about it.   Okay.   Listen [UI] --

VG:        What --

CT:        The car we drove up there with Louie.

VG:        Yeah, I know.   I know.   I had the car.

CT:        I had the car, remember the other half of the car.   The car we drove up in,

           the car that we pulled up in.   We changed tails over here, and we went to a

           different car and took off, so the [UI] we put on -- the car we pulled up

           in --

VG:        Right.

CT:        -- they have it.

           VG:    And -- and, then what, you didn't have a hat on?   What

           kind of DNA is it, hair?

CT:        They go, if the DNA works out different, they did this now -- [UI] be happy to

           have --   I'm like -- like a [UI].

VG:        Maroon, right.

CT:        Not anymore, anything they get.

VG:        Any hair?

CT:        They get.

VG:        So you think they have hair?

CT:        So listen.   So we used the car all winter.   And for the most part, I did --

VG:        Oh, shit.   There's no way ya fucked up.

CT:        Definitely, I know.   That's what I said.   I go, and I went to the city with Mike.

VG:        Holy shit.

Case 2:08-cr-00655-JS, Document 140, 09/20/10, 11/34253, Page261 of 239
GA258

CT:      So listen.   I'm like, fuck, you know.   I'm shitting bullets.   We took a
         vacuum to the car, you know what I mean, right?

VG:      Hey, JENN.

UF:      Hey.

CT:      Ah, I didn't vacuum the car 'till -- you know what I mean, like we, we, we
         cleaned it for a couple of hours, you know what I mean?

VG:      Right.

CT:      The night before (UI) vacuumed it out (UI), but you know big (UI) . like any
         other (UI), but then you know, I know they had the little (UI), so listen, so (UI)
         I am not giving it to them.   He calls me back, he says you gotta give it to
         them.

VG:      All right.   Well, I'll be your [UI].

CT:      He said, well [UI].   Here's the deal.   He said, if you don't give it to them, the
         U.S. Attorney is going to call up your fucking parole officer, he's going to call
         DAN PERRONE.   They're going to have you violated immediately.   And
         just so you know, I've been checking it out.   He goes, here's the deal.   He
         goes, they can get a fuckin' court order, no fuckin' problem; and they will,
         okay, CHRIS?   Before you get -- and they will.   He goes, so if you don't
         like giving it to them, you're going to be automatically violated because if
         you give it to them, you're going to get out.   Get out.   How the fuck is that
         happening, you know what I mean.   I'm like, it's coming back. I'm thinking,
         what does it take, ten days?   Supposedly it takes two to three months.

VG:      How long's it been?

CT:      Two months and change.

VG:      Oh, shit.

CT:      Yeah.

VG:      Now, it makes more sense that SCOTT'S doing everything.   I was going to

         tell you how long ago SCOTT running [UI].

CT:      Nah, nah, don't.   But the thing is, I can't imagine it takes fuckin' six weeks.

         Like it ain't six weeks from then 'till now.   You going to let me out?

VG:      What?

CT:      I think they had to, like, [UI] money or something.   So listen, as soon as --

VG:      But even with just the car, [UI] it doesn't explain everything.   [UI] fucking

         [UI] fibers [UI] --

CT:      I know because who's to say -- listen, the others -- I was thinking about the

         other thing, but who's to say, the car we pulled up in, did someone take our

         license plate down?   How do they know that was the car that was found

         down there?   Just 'cause it's a red stolen vehicle, it could of been there for

         a month, you know, but -- you know.   You know what I'm saying, like --

VG:      Right.

CT:      I go, you know [UI] how do you know that wasn't the one we pulled up in?

         Did somebody take the plate?   Did someone give a description of the

         plate? Like were you there at the time I was saying I was there? You know

         what I'm saying?

VG:      Right.

CT:      So, but nevertheless, here's how -- so the story gets even trickier, all right.

VG:      Uh-huh.

CT:      So now, they think this -- by the time they come up there, right?

5

VG:       [UI], one other question, CHRIS.

CT:       They're up here.

VG:       Why are they waiting this long ?   What's it, four or five years?

CT:       Huh-uh.   Six – six, coming up on seven.   Let me -- let me -- let me just tell
          you 'cause, Vince -- and you know what, I won't lead you, and I'll let you tell
          me what you think, all right?   Now when these guys come up here, right,
          now a bunch of other dudes get arrested. [UI] --

VG:       Yeah.

CT:       Okay, some guy's cousin rats on his cousin, okay?   Somebody rats on you
          and says you killed LOUIE which you totally [UI].

VG:       Holy shit.

CT:       Yeah, they got him out of jail.

VG:       I got to talk.   Something strange [UI].

CT:       Just listen to this.   It gets twisted, right?   They got him out of jail.   This guy
          named PISTONE, okay -- remember that PETER PISTONE, okay, running
          around telling everybody he bumped LOUIE.   He got arrested in Brooklyn.

VG:       Unbelievable.

CT:       He -- him and this guy PISTONE and like five other fuckin', like half fuckin'
          mozzarellas, all right, got arrested for like some kind of RICO or something,
          you know what I mean, out on Long Island, all right?   So now they had all of
          their DNA taken too and supposedly dozens of witnesses.   CHRIS told me.
          I go -- and dropped him off in his car, you know.   He used his fuckin'
          cousin's pickup, or whatever, and dropped them off.   And there's -- there
          were blood stains in there.   So they took all these guys' DNA also [UI] in

Case 2:08-cr-00655-JS Document 503-16 Filed 06/26/13 Page 7 of 33 PageID #:
GA261
Case 2:08-cr-00655-JS Document 140-3 Filed 11/24/25 Page 64 of 33 PageID #:

6

this person's pickup truck.   Maybe they find hairs so [UI], and they took

seven guys' names.   I don't know one of their names, not one.   It's like,

yeah, JOE MOTARATS, TONY COROLIE; and I'm like, you know. And I'm

like, I don't know them [UI].   So these guys are also arrested at the same

time, all right?   So now – and admit that [UI] -- (Laughter).

VG:       Go ahead.

CT:       [UI] imagine.   So now MEL tells me they wanted hair but doesn't want me

to take it, right?   He's like [UI].   I can't think for about a day, two days.

Finally, I'm sketching shit out.   For one, eighteen people were in that car.

Eighteen.   Thinking like JOE CAPATENIE, [UI] like.   Like a million – like

really never – so I'm like, holy fuck, you know?   So, they know that.   And I

go – [UI]   fuckin' DNA's been around forever.   That got us fuckin' like   –

VG:       That's it. I think they're trying to scare you guys into making some type of

move and – and get this stupid case with a dead end.   So what they're

doing now is putting pressure on everyone.   See if you get everyone

involved into saying that SCOTT'S on the lam.   He shouldn't be doing what

he's doing.

CT:       He's changed, SCOTT, because listen, you're thinking like this, for one.

You're not a saint in all of this.   You're taking X amount of time, and I'm

taking X.   So for one, I need a guy on the street in order to fuckin' take care

of my shit, you know what I mean, as far as arranging money, as far as

handling our business.

VG:       But he is going to be so hot if this comes down.

CT:       Doesn't matter. Listen, his whole thing is if he can prove to the wife, he

could arrange it. He'll -- he'll turn himself in. He just wants to arrange bail,
you know what I mean, and that's it. And he will turn himself in, because --

VG:    They're not going to give him bail.

CT:    They can arrange it from a long distance. I mean RYAN ROSECO [PH] did
it.

VG:    Yeah, but RYAN --

CT:    They gave — they gave fuckin' MIKEE CARTER gave him bail. He had six
fuckin' murders on his case.

VG:    Because they kept control of him.

CT:    He's got a fuckin' murder out at Staten Island. He's all gangstered up.

VG:    The security guard is an innocent guy. They -- that's why they will never
stop with this. This shit is going to go on for ten years.

CT:    So listen – so -- so, ah --

VG:    [UI] their interest, in Louie --

CT:    Yeah.

VG:    Him, they don't give a fuck about. That's what I mean. They don't care
about him.

CT:    Not anymore.

VG:    No.

CT:    Fuck them.

VG:    It's more the security guard. That's really bad, BUDDY.

CT:    I know.

VG:    That's really bad.

CT:    I know.

Case 2:08-cr-00655-JS, Document 140-12, Filed 11/04/13, Page 68 of 139

8

VG:     Umm, you know what there, I think – just so you know, it's all over Bellmore, that shit SCOTT'S doing.

CT:     Yeah.

VG:     It comes back to me.   I get a call from BOB, who is in a dirt bag bar; and he found out.   I go, what the fuck you talking about, SCOTT'S not, you know, on the – you know, basically he's on the lam.

         SCOTT'S not on the lam.   It is the stupidest thing I ever [UI].   He was on [UI].

CT:     Yeah.

VG:     Turns out, he's right.   He said that.   I couldn't believe fuckin' – you know what he's saying, RALPH.   He's saying it's some type of a drug bust, though.   I thought maybe that thing with LADAGANA was talking about.

CT:     We were working from the inside [UI].   Cops were there, asking about Liquid Lab.   They were laundering money out of there.

VG:     Oh, really.

CT:     The fucking place only does breakfast and lunch.   How can they make any money?   Meanwhile, I would send [UI] thirty thousand [UI] the place [UI].

VG:     Fucking CLAUDIA and REM.   REM --

CT:     Nonetheless, so listen, let me tell you.   There is more to the story, right?   So the cops come up.   By the time they get me, I'm cool.   I've -- I've pretty much accepted the fact that [UI] months ago, 40 years', I'm going to do it.   I'll go see Dave.   I'll go see Al.   [UI] fuckin' day.   I ain't breaking no matter what, you know, no matter what.   Nobody's fuckin' ever turning me out.

VG:     Nobody.

CT:        Never.

VG:        It's fucking rough shoes to be in.

CT:        Yeah, no.   But [UI] get – it gets to the point, you know, you ran it.   And all of a sudden, it's like, well, I hope it goes to the feds.   That's an understanding to myself, ya know.   It's my fuckin' time.   I'm going to go wherever the fuck.

VG:        One thing I'm glad about, if the feds are involved, they won't bring you down to torture a confession out of you.

CT:        Right.

VG:        Suffolk County will do that to you.

CT:        Nassau [UI]?

VG:        It's Nassau County?

CT:        Yeah.

VG:        I thought it was found in [UI].   Nassau's even worse.

CT:        Yeah.

VG:        They are worse.   I told you about them.

CT:        Now, the guys come up.   So by the time I get there, I'm pretty cool.   I know I've got to give my shit up, right?   So they're doing my palms so -- so what's funny is the guy from Nassau, he's a nice looking Italian guy.   He's older, probably fifty.   They've got one guy from Nassau, like, ah, who deals with forensic.   And they got the other guy who looks like the guy that gets on TV a lot 'cause, you know, we got this guy, like a spokesman you know, head detective.   And you got the guy from the feds and another guy from the feds, right?

So, the other guy from the feds was heavy investigation, trying to make a name for himself like from the *Unsolved Mystery*, you know?   He, uhm -- he seems to be like this other guy, like -- like the Nassau guy is sharp as a fuck -- sharp as hell, ya know.   He knows what he's doing, you know what I mean?   [UI] I felt this motherfucker's presence.   The other guy is like New Jack, kind of grey.   What, are you talking to me, like I [UI] -- feel like I should show him a fucking letter –

VG:   Say no, you're going at it --

(Laughter)

CT:   – you know what I mean?   I felt like I should school him a little bit.   So he's like, ahh, CHRIS, you guys switched over the gyms to Synergy.   I'm like, ahh –

VG:   And right up your ass, huh?

CT:   Yeah.   So, ahh, the thing is, they go, ah, CHRIS, listen [UI].   Yeah, yeah –

VG:   What did he say? [UI]?

CT:   In general, he says, you know, [UI], boot camp?

VG:   Oh.

CT:   Very military?   I'm like, yeah, yeah.   We're like niggers, you know? They took my whole hand print, you know?   Yeah, pretty good at this, huh, you know.   They go and take my [UI].   I give it to them.   I give them my shit [UI].   [UI] talk to, you know.   They [UI] who you are, right?   So they go, so you know what we're up here about, right?   I go, yeah, I know what you're up here about.

VG:   Why did you say that?

CT:        Listen.   'Cause -- did your lawyer -- told us what you're up here about,

           right?

VG:        Oh, okay.

CT:        I go, yeah, I know.   He goes, your [UI] told us.   He goes, ah, you want to

           tell us what we're up here about?     I go, why don't you tell me.

           (Laughs)

           [UI] why don't you tell me.   Then they're like, I think [UI] can see we're not

           going to get anywhere.   He's like, you know?   And he didn't mention, I

           didn't mention, you know.   So -- so they start kicking it around.   He goes,

           CHRIS, this is fucking serious.   You know, we don't take DNA everyday.

VG:        Everyday?

CT:        Yeah, they go, we don't take DNA everyday unless it's very serious.   And

           yeah, I don't give it everyday, you know?   So I sit down [UI].   I go -- and I

           they start making their pitch, you know.   And I ain't [UI] tell right now who

           [UI] you know.   [UI] up here.   [UI] seventeen, there is a dead cop involved

           now.   We know you're making legal money now.   You're married, blah,

           blah, blah.

VG:        So they don't know JENN was pregnant, right?

CT:        They might, you know?

VG:        How the fuck do they get all this information?

CT:        They know I'm married, and they didn't say JENN was pregnant.   And I was

           almost tempted to say, yeah, my wife's pregnant, you know, like --

VG:        Just to see how close [UI] --

CT:        Yeah, but they didn't mention it, but they would of.   [UI] making legal

money now.   [UI] I didn't feel like going to them [UI].   See I can't tell on my

friends, right.   Now when I get out, fuckin' you going to get me like

$500,000 a year to cover my fuckin' living.   What, am I going to go start

stealing again?

(Laughter)

Where the fuck do I go, you know what I'm saying, like [UI].   I'm saying --

like I'm telling SCOTT, who's ever going to talk to me again, like there's no

fuckin' -- there's no possibility, you know.   It's not like I love my friends.   I

don't like them.   So the other guy, the other guy's like, ah, you know how it

ends and ahh – so he says, CHRIS [UI] I really got to tell you -- well, when

you think about it, [UI] I go, I don't get it.   I go, you know what, I know what

I do and I know what I don't do?   This fuckin' shit don't add up to me.   I go,

now the big conspiracies, I go, I don't fuckin' get it.   I go – and I know you

guys like -- like you know what, I go, I kind of believe in your justice system.

I go, I know you guys are fucked up out in Nassau.   I go, like, when I got

pinched for robbing a car, they locked SCOTT up with it.   I go, I did it.   You

guys got me.   And I would have been guilty.   I go, SCOTT really didn't.

But we were doing other things.   I go, but you know what I mean, so -- so --

but this shit right here, I go -- I go, I don't -- I don't get it, you know.   So I go

[UI].   I got -- you know, I got [UI] what am I going to do, tell my friends.   He

goes, ahh, you know, CHRIS, you don't want to be in a place when you

wake up and there is no mirror.   [UI] CHRIS, just so you know, he goes,

you don't want to be on the back of this train 'cause we're going to be

arresting a lot of people.   He goes, you don't want to be in the caboose on
this one.

VG:     You know what I'm saying, [UI] one thing for sure buddy?

CT:     What?

VG:     I don't mean to sound fucked up, but I'm so glad I'm not involved in this one.

CT:     Listen, he goes, you could be in the big caboose, better than that, right?
I'm like [smack sound].   I get up.   Uh, uh, I leave, right.   So I'm adamant.
I'm pretty shook, you know.   Fuck, you know.   I guess this is it, right?
Now, I get a letter from MANON saying they arrested JOHN GOETZ, ah
right.   Okay, and the U.S. Attorney tells MEL and RICK LIBRETT, don't
take this case.   You're going to have a conflict of interest, meaning they are
going to tie me and SCOTT in with JOHN, which I think is implicating that
there is a train which is great.

VG:     They don't know if JOHN had nothing to do with it, right?

CT:     Listen, no, man.   They knew JOHN had nothing to do with it.   They locked
JOHN up for the GHB.

VG:     Right, JOHN [UI] more of a train?

CT:     [UI] and end this train.   You don't want to be in the caboose, like everyone
is going to tell on me again, like --

VG:     All right.

CT:     -- [UI] for RICHIE, you know.

VG:     Right.

CT:     So they're like, you don't want to get in the caboose on this one.   So they
tell MEL and RICK LIBRETT, you know, conflict of interest here, don't do it.

GA269

14

|       |                                                                                                                       |
|-------|-----------------------------------------------------------------------------------------------------------------------|
|       | So ahh –                                                                                                              |
| VG:   | MEL does it, I hope.                                                                                                  |
| CT:   | Well, of course, MEL does it.   He goes, what the fuck you talking about, you know.    To make a long story short, I had a – I had a falling out with JOHN.   I get to the point where I was going to [UI] Black Jack my shit, he was hiding from [UI].   GHB and it was legal, and I was supposed to make X amount of dollars and then -- and then I thought JOHN was fuckin' – wasn't making any money.   I didn't want to believe him. |
| VG:   | I knew you weren't happy with him back then.                                                                          |
| CT:   | Yeah, but I didn't want to bleed the kid, you know what I mean?    And then I go to the fuckin' wholesalers club where he moves three hundred cases.   And I'm supposed to make X amount on a fuckin' bottle.   And it's like, twenty, thirty thousand out of my fucking pocket.    I'm fuckin' angry, you know.   I'm like -- I call him up.   I go, yeah, JOHN I got great deal, you know.   I need fifty grand, or I'm going to get bubble Buzz.    I'm just going to take the fuckin' money.   I'm going to Black tack Jack his fuckin' ass, and that was going to be it.   You know SCOTT, more of a business man, right? |
| VG:   | Well, it's not only that.   You just don't want the kid on the -- not on your good side though.                      |
| CT:   | This was then though.   This is going back two years ago, okay?   So SCOTT goes because he is a business man, he goes, let me handle this, gets JOHN to pay the money.   I don't talk to JOHN.   I don't invite him to my wedding.   I don't talk to him for a fuckin' year.   We go to the courthouse.   He was there with a lawyer, you know?   We finally make up |

Case 655-JS, Document 130, 10/29/2018, 2436253, Page 76 of 299 PageID #:

15

just before our case gets resolved.   I've been hanging in the [UI] gym for

fuckin' for two years, okay?   They're convinced though that JOHN put a

million and half dollars in Jamaica.   That's a lot of fuckin' money.

VG:      Yeah, well, I read in the papers that he had like $270,000 in the bank.

CT:      They fuckin' seized it.   They seized another 200,000 in fucking cash.

VG:      Holy shit.

CT:      Three thousand out of his fuckin' apartment and who knows what else.

VG:      I can't believe CLAUDIA got caught up in that.

CT:      Yeah.

VG:      That's fucked up when your girl's with you.

CT:      Yeah.

VG:      You know they questioned her as well too.

CT:      Huh --

VG:      You know they questioned her about that.

CT:      Right.   It gets better.   It gets better.   The whole story gets better, right?

So

now -- and what [UI] I said JOHN did?   You know, so I get a visit from

fuckin' JENN and my fuckin' brother, who is such a pussy.   It makes me

fuckin' sick.

VG:      Your brother?

CT:      Oh yeah, he's such a pussy.

VG:      Why?

CT:      He is so fuckin' [UI], you know, for somebody who wanting to be like -- you

know, for the part, he's like, you know, he'll sock 'em up.   But he ain't -- he

ain't going any further than that, you know what I mean?   Like for a kid like, well, I got to calm down and talk, not fuckin' people, when I'm thinking like, oh, no, maybe he's -- maybe he's, you know, like when I got to talk him out of doing something, like figuring maybe he would be half serious once in a while, he ain't, you know.   The kid is fucking straight soft like baby shit, you know what I'm saying?

VG:      Yeah, I know.

CT:      Which is good.   Yeah, which is good, you know.   We shouldn't put that off on him [UI] stuff.   But the truth of it, my brother is straight up shorts.   He gets all his stories fucked up.   You come up there, buddy, and then you shit on yourself, you know what I'm saying.   You know with JOHN.   Did you ever tell on him?   Yeah, [UI] JOHN and I [UI] 24-hour drug dealer.   You know what I'm saying?

VG:      You didn't do anything with JOHN, did you?

CT:      Oh, yeah, I did.

VG:      JOHN wasn't involved in this, was he?

CT:      No.

Woo, woo, woo, bam.   He goes right out of the picture.   [UI].   We -- with JOHN and like the thing didn't go down, you know what I'm saying?

VG:      But why?

CT:      For more than one reason, JOHN wasn't innocent.

VG:      You – you didn't get any money?   You didn't get any money, did you?

CT:      No, I guess the bottom line is he ain't around.

VG:      Oh, yeah?

17

CT:        Yeah.

VG:        Okay.   Give me five minutes to [UI] up.

CT:        Five minutes.

VG:        But, ah, it's better than nothing, which is nonsense.

CT:        [UI].   Do you think the case is about me and SCOTTY?   No.
           And they couldn't charge [UI] this way.   Tell us about CHRIS, and we'll let
           you go home.   They told CLAUDINE the same thing.   Tell us who [UI].
           We know you fuckin' guys --

VG:        Involved in the GHB?

CT:        Yeah.   We knew you fuckin' guys did it.   Blah, blah, blah.   She's like,
           listen, her lawyer is KEVIN KEATING, right out of MEL's office.

VG:        KEVIN KEATING?

CT:        Yeah, lucked out.   Right.   By accident purely, okay.   Tells the cops, listen,
           we wouldn't let them get involved.   They tried to get involved.   We wouldn't
           let them get involved.   You're wrong, you know, and as far as LIQUID LAB
           goes da, da, da; and this is a fuckin' a girl pleading, so they knew they can
           turn her, you know?   So that's good.   So I'm like -- when they first got
           arrested, I'm like [UI] it ain't that bad, you know; but the -- the DNA shit. They
           took fuckin' seven guys' shit.

VG:        What about, ahh -- the problem with that is they don't know whose that is.
           They don't care about that.    They just look for your match.

CT:        Yeah, I know, but what about the [UI] okay, KEVIN KEATING, DNA [UI]
           show up 'cause they did all of [UI].   Dude, they would of taken [UI].   I think
           -- I think that Nassau fucked up that car.

VG:        What do you mean, fucked it up?   Didn't take anything out of it?

CT:        The car that I left there, I think it was dead.

VG:        Oh, really.

CT:        Yeah, they just fucked it up because, VIN, 'cause we've been a suspect in

           that since day one – day one, okay.   The fuckin' DNA has been around for

           how many years now?   A lot.

VG:        Yeah.

CT:        It's been around for four.

VG:        Yeah.

CT:        Right?

VG:        I'm convinced that they are trying to get stirred up, trying to make you

           make some stupid mistake, get SCOTT scared, SCOTT goes on the run,

           stirring this thing up.   It just happens they don't have no leads and now --

           yeah, exactly, this was [UI] DNA even happened.

CT:        The exact fuckin' place [UI].   They can do it all they want.

VG:        But you know what the bad thing is SCOTT going on the run.   He makes

           you guys look so bad though.   It – it so much – it so much [UI] if you guys

           go --

CT:        The one thing you got to do, listen, that doesn't matter anymore, trust me.

VG:        As soon as you guys get busted, they're going to find SCOTT in no time.

CT:        Yeah.

VG:        No time at all.   Because you know how much media they'll put on him.

           He'll be number one's most wanted. He won't be able to move.

CT:        Right, right.

19

VG:        So it's all a waste of time.

CT:        Right.

VG:        But, uhm, I'm not saying you shouldn't have did it because you shouldn't
           have fed into it.   You should have just shrugged it off.   But, ah --

CT:        Nothing we can do now --

VG:        No, [UI] the fuckin' losers in Bellmore start knowing that SCOTT'S on the
           lam, that means everyone knows.

CT:        Oh, yeah.

VG:        Cops know he's on the lam now.

CT:        Oh, yeah.

VG:        They know he's running scared.   What do you think – now this is between
           me and you.   What do you think?   You don't think he's going to tell on you?

CT:        Nah.

VG:        Really.

CT:        You know what it is?   He keeps saying things that I'm like, ah -- I don't think
           -- I don't think SCOTT is as strong as, say, a lot of other guys, whatever, but
           – two things, one is that SCOTT is smart.

VG:        He is smart, right?

CT:        He is smart.

VG:        Because he was [UI] but what would happen is he was – he'd get a shit load
           of time, but you'd get more.

CT:        He does.   Two things, one is that he is smarter now.   Two is like, you know
           what, everyone's got a reason for not doing it.   Like if someone tells on me,
           I ain't tellin' on them anyway.   I just ain't doing it.   I ain't doing it.   And I

Case 655-JS, Document 130, 10/09/2013, 1436/253, Page 21 of 259

20

ain't fuckin' doing it, you know.    And if I like – and -- and I – and I would play

it to the max.    Like if someone says VINNY's been talking, SCOTT's been

talking, I want to see you at trial and I want to see you doing it.    And I might

be the fuckin' moose brother that killed your mother, but I ain't doing it, you

know what I mean?    And [UI].

(Grunting sound)

I mean, I'd like to see him do it.    I really – I think he could.    I think he'll go to

hell for doing that.

VG:        (Laughs)

CT:        I really do, you know what I mean.

VG:        I don't think ROB would do it.

CT:        Never.    Never ROB.

VG:        Do you think they were on to him?

CT:        Nope.

VG:        That puppy was good.

CT:        Besides, listen to me.    They are so fuckin' wrong with this, that's good, you

know?    I think, ahh, they're shaking the cherry tree.    They're shaking an

apple tree.

VG:        Now that they know that, now they see what SCOTT did, they must feel

pretty confident they're on the right track.    I think you're planning on them

fucking it up.    Maybe they did a long time ago.

CT:        Long time ago, yeah.    [UI] three [UI].

VG:        What about, remember the trunk and your finger?    You told me something,

you squished your finger?

CT:       Yeah [UI].

VG:       There was no skin on that, right?

CT:       Buddy, no way [UI]. I was in the middle of the fuckin' Atlantic Ocean and the
          body was found floating two days later or better. There was one piece of
          skin on a fuckin' rock, can't believe it's been floating in the ocean.

VG:       Yeah, no way.

CT:       No fucking way.

VG:       Fish would eat it and stuff.

CT:       The bottom line, it would just float away, you know what I mean?   It
          wouldn't stay jammed on a rock?   If it was here, yeah; but in the water --
          saltwater, for fuckin' two days, no fuckin' way.

VG:       How bad is SCOTT taking this?

CT:       He's all right now because we sat around and kicked it around, you know?
          This is like the [UI] -- listen.    It's -- for one they are not gonna get it. You
          know what I am saying?   Two, is that like they [UI] confession.   I get it.

VG;       What now?

CT:       Someone knows.   You know what I mean?   You can't --

VG:       They came up and beat the shit out of him, but I'm --

CT:       All I'm saying, barring that -- listen, barring, ah, like a pique event to do a
          fuckin' crime, okay, barring that --

VG:       Which is pretty unlikely here.   They would beat him up.

CT:       Yeah, they would beat him up to admit because, look, listen, one of them
          would have been involved.   Like I was so fuckin' concerned with this thing,
          you know being announced and everything, I wrote a letter to MEL.   I,

CHRIS TARANTINO, don't know a goddamn thing – (laughing) – make a confession.   I am fuckin' innocent of any and all crimes.   Please notarize this, you know.   I sent it out to MEL, and MEL fuckin' sent it back.   And he said, CHRIS, I can't do that, but I will make note of it, you know?   You know, I was fuckin'– you know, I was up there.   And I'm like they're gonna make a fuckin' confession.   Fuck that shit, you know.   They fuckin' did it then [UI] now, right now.   He's like, I ain't telling them shit.

VG:     But while you're in jail, you're still covered from your lawyer.

CT:     Yeah.

VG:     They can't ask for anything.   Now that you're out though, I don't know. The same may be being on probation.

CT:     They fuckin' did do it while I was in jail.   They did fuckin' talk to me.

VG:     About – that's only if you want to talk, anything you said can't be used against you.

CT:     Yeah, well, I didn't say nothing anyway, you know.   I mean I would of [UI], but, uhm –

VG:     They [UI] – MEL would have to be involved to get – to release, ah -- ah --

CT:     What?

VG:     Uhm –

CT:     Some kind of statement or whatever.

VG:     A statement.   I'm pretty sure it might – once you're sentenced, it might stop running there.   But I think the whole time you're in jail --

CT:     So that's the other thing SAL adds on.   It goes like this also – we're all pack animals, okay, and for whatever the reason is someone ain't telling them a

Case 2:08-cr-00655-JS   Document 503-16   Filed 06/26/17   Page 24 of 33 PageID #:

23

bit about -- like SCOTT doesn't know who the fuck is -- he's out of the gyms,

you know what I'm saying?   Like he, you know -- he -- he just -- just there's

no fuckin' way, you know what I mean?   It's just -- it's -- it's one of those

things that, like, you know, maybe at the last minute it's a possibility, you

know.   I don't -- I don't think so, you know, no matter what, you know what

I'm saying?   At the last minute, maybe if like fuckin', you know --- it's all big

guys [UI] down so that other [UI] do it. If that were the fuckin' case, you

know, but for the most part [UI] fuckin' it's nothing, taking the weight, at all.

None.

VG:     That's a good thing.   All you have to worry about is you and SCOTT.

CT:     Yeah.

VG:     SCOTT understands that, right?

CT:     Yeah, [UI].

VG:     I don't know about that.

CT:     He is, yeah.

VG:     Well, that's a fuckin' good thing.   So you really -- you really should just drop

        it.   Don't talk about it with anybody.

CT:     I know [UI].   Listen.   [UI] talking [UI] nothing, and that's it.   I believe that

        the only thing I said to him [UI].   Let me ask or whatever.   And you know,

        [UI].   Have you ever watched *Unsolved Mysteries*?   I go, I'm the unsolved

        mystery.

        (Laughter.)

        Wah-woo!   Whatever you got, I am.

VG:     You got to really beat that into SCOTT'S head.

CT:        Yeah, no.   He's listening.   We went over here, you know, and ahh, like, I

           said, SCOTT'S smart, and he's fuckin' – we're sitting around – at first, but

           you know what happens when you -- when you get that first bid [UI] tell me

           you didn't take the DNA test.

VG:        SCOTT?

CT:        Yeah, SCOTT'S over there in Farmingdale.

VG:        They didn't take SCOTT'S?

CT:        Yeah, they did.   They go right to his house first.   They called me up.

VG:        And SCOTT'S on the street?

CT:        Yeah, KENNEDY came by and dropped a subpoena off.

VG:        Who came by, KENNY?

CT:        KENNEDY.

VG:        KENNEDY.

CT:        And he came by my fuckin' gym a couple of months before because they

           figure they can get to SCOTT, da, da, da, da, da.

VG:        Yeah.

CT:        Said he was going to drop a fuckin' subpoena off on fuckin' SCOTT, give it

           to his wife, knowing that SCOTT didn't answer the door, so I call home.

           JENN says, hey, we bought a dog, you know.   I'm like, great, you know?

           But right before that I'm in a meeting, you know?   I'm talking to these scum

           bags, you know, dropped by, you know, fucking want DNA whatever.   I'm

           like --

VG:        On your shit, right?

CT:        [UI] (laughter).

Case 655-JS, Document 130-16   Filed 06/26/17, Page 26 of 33 PageID #:

25

Fuck, you know.   Then I get pulled out by the Lieutenant; and up there, it's like the secret squirrel society anyway.   And the counselors all know your business.   Everybody wants to know what's going on.   I got the Lieutenant comes to me.   I got MEL calling up there four times, and these fuckin' niggers make like four hundred a week after taxes.   I got my attorney calling up, looking, who wants to know your attorney, you know?   Like feds coming up here.   They're going to [UI] DNA from you, you know what I'm saying?   Like, I'm thinking, they're never letting me out of here, and the fact that they're [UI].

VG:         And when you're in there, you definitely panicked.

CT:         I – you know, like I'm like, they're never letting me out of here.   I got to the point where I'm like -- two weeks I would -- I would sleep.   I'd sleep like this for four hours.   I wake up sweating my balls off.

            (Laughter.)

            That was it.   I was up, you know, four hours a day, maybe, you know. Like, you know, I would get to bed right away, but I'd be up from two o'clock on, you know.   Since two I was gone, but I get up, I'm like -- you know? Motherfucker, man.   And then, ahh – so when you hear the first shift – [UI], I'm like [UI] finally got DNA. [UI] sleep – sleep.   I'm like --

VG:         Holy shit, oh.

CT:         I go, that's if you got me.   [UI], Mel [UI] listening some color hair, there's nothing.

VG:         Is that what they said?

CT:         Yeah, there's nothing.   Now they're going [UI] from me.   They're taking

[UI] from me.   You come to my fuckin' house, my dog hair was in that fuckin' car, you know what I am saying?    It -- it – there's a lot of like [UI] reasons to go down with that shit, you know what I'm saying?   But we might of been in the car.   We're good friends. You know they picked me up. How many other people were in the car the – there might be fuckin' twenty different people in there.   Did they fuckin' hit them all?   Fuckin' KENNY was in the car, stole an armored truck. Not that I would ever tell them – tell anybody, but I mean like, he was.   He might have been in jail at the time. ALFONSE is done.   We didn't kill him, though.   So I get fuckin' two open reverse tests.   And hopefully they had hair on them.

VG:     Right.

CT:     [UI] it's -- it's not like anything [UI]

VG:     [UI] – hey, you really don't think that they got LOUIE by now?

CT:     I think, like, GARRETT knows him.   Those guys were all in jail.   And GARRETT doesn't know him.   And so he tells me, yeah, SCOTT did this, you know.   But he's telling me, like, what the other team thinks, you know what I'm saying?   And, ahh, the DNA [UI] another two buckets.   The DNA comes back and supposedly they say they have a picture at night, and these guys are rolling him right off the bridge – LOUIE off the bridge.

VG:     Oh, really.   Oh, so you know they are way off --

CT:     Yeah, they took ten other guy's DNA, probably because he's there in the car or if his brother's in there or if LOUIE's fuckin' blood was actually in the car. Supposedly it's pig's blood from the barbeques.

VG:     When – when – when LOUIE had problems --

CT:      What?

VG:      How did he get where he got him?   It wasn't in the car, was it?

CT:      By boat.

VG:      No.   How did he get to the boat though?

CT:      We got back from the [UI] –

VG:      No, not [UI] --

CT:      And I was thinking about this, if it proves out, I'm thinking, boom.   [UI]

         meanwhile it was in nighttime?   Boink.   In the daytime.

VG:      (Laughter.)

CT:      You know, so, ah, [UI], the kid that gave em the score with SCOTT, you

         know. So SCOTT told ROB, you know what I mean [UI]?

VG:      I know him.   He's a funny man.

         (Laughter.)

CT:      You know, like a year or whatever, you know, because of something – da,

         da, da – and, ah, [UI] LOUIE [UI] so we even checked out like [UI] worry

         about, I'm like, you know, thinking you know --

VG:      He doesn't know any of this stuff happened, does he?

CT:      Huh?

VG:      Does he know any of this is about?   Like. he's a good kid, right?

CT:      Really good kid.

VG:      [UI] not [UI] in trouble -- in trouble, right?

CT:      Nah, nah.   I don't think he's a thief [UI] he was on probation for like year or

         two.   We used to sell pot with GREG REIDER, back like on Death Warrant

         Road, you know?   And I mean, like, I was so nervous with [UI] a kid that I

Case 655-759, Document 130, 10/16/2019, 14:46/153, Page239 of 239 PageID #:

28

know was right there when this whole fucking thing went down, you know?
Like right there.   And, ahh, to make a long story short, I said, you know, like
JENN, go get Jimmy's fuckin phone number, 'cause I know that JENN [UI] –
JIMMY'S phone number cause I was gonna get in touch with him to get a
fuckin' statement.

I was ready to go give up everybody's DNA, you know what I'm saying?
Like, they probably put like a million people in the car.   It would be like, you
know -- not that I wouldn't put him there, then and there; but like if this came
to trial, I'd be like what about this one, what about this one, like just to fuck
up evidence 'cause I didn't think I was getting out, and I've been work the
fuckin' – like get a PI involved and start working. I said --

VG:       Right.

CT:       I said, I work -- I start working in here, you know what I mean.   So, ah --

VG:       I would slow down though, KILLER.

CT:       I'm not doing nothing.

VG:       Good.

CT:       I ain't doing shit.   MEL said, listen, we -- because I went to MEL.   I go, we
should do this.   I want statements from this one.   I want statements from
this one, blah, blah.   He goes, CHRIS – (smack sound) – you know, chill.
He goes the feds are fucked up, and they can use everything as evidence.
When I say everything, that means everything, CHRIS.

VG:       I mean they can even use hearsay, I think.

CT:       Buddy, they can use the fact like SCOTT disappeared for a while.

VG:       Really?

CT:    Yeah, they can use like the most fucked up shit in the goddamn planet, you know what I'm saying?   Like they can use fuckin' anything, you know, to make their case.   So he's like they get -- they can go around saying that you were nervous, you know, and put it like that to the jury and you would get your case [UI] --   (laughter)   --   you know what I'm saying?   So --

VG:    And they can too without [UI].

CT:    Yeah --

VG:    Yeah, they're bad.

CT:    Yeah, they really fucked up.   So ahh -- so -- so -- you know.

VG:    MEL ROTH's son is a member of my gym.   I gave him a membership.

CT:    Oh, really.

VG:    Yeah, he lives in the neighborhood.

CT:    Oh, that's cool.

VG:    Yeah.   He comes in and starts asking questions.   I'm like, who are you?   MEL ROTH's my father (laughter).   I don't know.   He looks like an attorney.

CT:    Oh, yeah.

VG:    I don't know.   I didn't even ask him.

CT:    I love MEL.

VG:    Me too.

CT:    That's what they say -- they go, do you like your attorney?   I go, I love my attorney.   (Laughs), you know.   I do, you know?   The only [UI] about Mel, like if I wouldn't go to trial on something like this, I would get a smoking gun, you know.   I would have MEL co-counsel it 'cause he cares about me.

VG:     Yeah.

CT:     But I would get --

VG:     A real strong mouthpiece.

CT:     Yeah.   Well, I would get someone maybe if not a BRUCE CUTLER or

        someone like that who is like upper peer or --

VG:     I can't believe it's in Nassau County.   I thought it was really a Suffolk – in

        fuckin' Suffolk.

CT:     No, the body was found between Suffolk and Jersey.

VG:     So what does that make it?

CT:     [UI] that doesn't matter.

VG:     So what does it make it, though?   Who would have the jurisdiction?

CT:     The feds.   It's a joint investigation between the feds, you know.   That's it.

VG:     It's got its pros and cons.   I think you're better off with the feds.

CT:     It's good and bad, you know.

VG:     Yeah.

CT:     The problem is -- the problem is with the feds --

VG:     [UI]

CT:     Probably not, because the feds, anything goes.   You get a trial, anything

        goes, you know.   And I don't have to do shit like I would act down, you

        know, try and get a   mistrial, fuckin' you know, whatever I would act out and

        take a shot 'cause I watch everybody else going to trial sitting there quietly

        fuckin' not gettin anywhere, you know what I mean?

VG:     Right.   Did you see the one kid that represented himself?   The cops

        chasing him, shooting at him [UI] --

Case 655-JS, Document 503-16, 06/26/17, Page 32 of 33 PageID #:

31

CT:       No.

VG:      He's a cocky little kid.   He acted like his own lawyer.   I don't [UI] --

CT:       Yeah, he got convicted of everything?

VG:      Yeah, but it was – looked like he was really going to walk on it.

CT:       Yeah.

VG:      But yeah.   He actually – he reminded me of you.   He was hysterical, this

                kid.

CT:       Yeah?

VG:      Yeah.

CT:       [UI] could.   I tell you, after that, I would have to have an attorney [UI], like a

                CUTLER, like a MURPHY, someone who would, you know, go [UI] – 'cause

                the problem I've had with MEL, like if MEL beats the case for me out at

                Nassau County, they'd fuck him for the rest of his life.

VG:      Yeah, he made his reputation out there to be [UI] really – the good boy

                system would be tough.

CT:       He'd never get a fuckin' another plea again, you know?

VG:      Right.

CT:       And I can't get fuckin' sold out.   I need a guy like you and I would talk to AL

                GRECO and I would say, you know, I told my attorney that this guy is like

                half a psychopath, you know, testifying against me.   He was telling [UI] – I

                was telling my attorney, get up there and [UI] shit and then stir him up so the

                fuckin' jury doesn't see this big guy telling a very sweet story and his

                attorney thought, are you crazy, they're fuckin' [UI] two murders, here –

                (laughter).   I go, I'll fuckin' kill ya.   But my point is that if you get a guy like

DAN MORRISSEY or whatever because it's very like – it's not really

technical here.   It's fuckin' – it's like a cat fight, you know.

VG:         Yeah, right.

CT:         It's all – he said, she said, da, da, da, da, you know.   You know, there's

nothing there [UI].   It's a game.   It's a game to him.

VG:         [UI], when all this stuff happened between me and you and the gyms --

CT:         Yeah.

VG:         And I was telling SCOTT to, uhh, or maybe I was telling ERIC that I owe you

an apology.

CT:         Yeah.

* * *

[End of conversation purposely removed]