FILED
CLERK
10:56 am, Aug 15, 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
==================================X

CHRISTIAN TARANTINO, #14684-050
          PETITIONER
                                        ORDER TO SHOW CAUSE
                                        CR 08-655 (JS)
     -AGAINST-                              (AUSA ROSE)
                                        ALL FILINGS ON CR CASE
UNITED STATES OF AMERICA,
          RESPONDENT

==================================X
```

SEYBERT, District Judge,

Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2255, filed with the Clerk of the Court on Jun. 26, Jun. 27, and Jul. 14, 2016, it is:

ORDERED, that:

1. The U.S. Attorney for the Eastern District of New York, as attorney for respondent, SHOW CAUSE before this Court by the filing of a return to the petition, why said motion pursuant to 28 U.S.C. § 2255 should not be granted;

2. Within twenty (20) days of receipt of this order, respondent shall serve a copy of its return on the petitioner herein and file the original thereof with proof of such service, with the Clerk of this Court;

3. Petitioner, within twenty (20) days of receipt by him of a copy of the return, shall file a reply, if any, with the Clerk of this Court;

4. The Clerk of the Court is directed to electronically serve the U.S. Attorney with this order and the motion filed pursuant to 28 U.S.C. § 2255, and to mail a copy of this order to the petitioner.

/s/ JOANNA SEYBERT
_____
JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE

DATED: CENTRAL ISLIP, NEW YORK
       AUG. 15, 2019