# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

**CHRISTIAN GEROLD TARANTINO,**

    Petitioner,

v.

**UNITED STATES OF AMERICA,**

    Respondent.

_____/

Case No. 2:08-cr-00655-JS
(Related to 2:16-cv-03770-JS)

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that Attorney Todd G. Scher hereby enters his appearance as counsel on behalf of the Petitioner, Christian Gerold Tarantino. Mr. Scher's information is as follows:

    Law Office of Todd G. Scher, P.L.
    1722 Sheridan Street, #346
    Hollywood, Florida 33020
    Tel: 754-263-2349
    Fax: 754-263-4147
    Email: tscher@msn.com

    Respectfully submitted,

    /s/ *Todd G. Scher*
    TODD G. SCHER
    Law Office of Todd G. Scher, P.L.
    Fla. Bar No. 0899641
    1722 Sheridan Street, #346
    Hollywood, FL 33020
    (Tel) 754-263-2349
    (Fax) 754-263-4147
    TScher@msn.com
    Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of August 2019, I filed the above pleading with the Clerk via CM/ECF.

/s/ *Todd G. Scher*
TODD G. SCHER