

CLERK OF U.S. DISTRICT COURT, EDNY
100 FEDERAL PLAZA
CENTRAL ISLIP, NEW YORK 11722

OFFICIAL BUSINESS

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 30 2019 ★

LONG ISLAND OFFICE

Christian Georgia Tarantino
14681-051
Hazelton U.S. Penitentiary
Inmate Mail/Packages
P.O. Box 2000
Bruceton Mills, WV

RETURN TO SENDER
Incomplete Name/Register Number
No Longer at this Address
Unable to Identify Address
FCC Hazelton Bruceton Mills, WV

NIXIE  152  DE  1  0008/27/19
RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

BC: 11722443800    *0596-03718-27-24

NEOPOST
08/16/2019
US POSTAGE $000.50⁰

ZIP 11722
041L11255308

FIRST-CLASS MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
====================================X

CHRISTIAN TARANTINO, #14684-050
                PETITIONER

        -AGAINST-

UNITED STATES OF AMERICA,
                RESPONDENT

====================================X

FILED
CLERK
10:56 am, Aug 15, 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

ORDER TO SHOW CAUSE
CR 08-655 (JS)
   (AUSA ROSE)
ALL FILINGS ON CR CASE

SEYBERT, District Judge,

   Upon the petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2255, filed with the Clerk of the Court on Jun. 26, Jun. 27, and Jul. 14, 2016, it is:

   ORDERED, that:

   1. The U.S. Attorney for the Eastern District of New York, as attorney for respondent, SHOW CAUSE before this Court by the filing of a return to the petition, why said motion pursuant to 28 U.S.C. § 2255 should not be granted;

   2. Within twenty (20) days of receipt of this order, respondent shall serve a copy of its return on the petitioner herein and file the original thereof with proof of such service, with the Clerk of this Court;

   3. Petitioner, within twenty (20) days of receipt by him of a copy of the return, shall file a reply, if any, with the Clerk of this Court;

   4. The Clerk of the Court is directed to electronically serve the U.S. Attorney with this order and the motion filed pursuant to 28 U.S.C. § 2255, and to mail a copy of this order to the petitioner.

/s/ JOANNA SEYBERT
_____
JOANNA SEYBERT
UNITED STATES DISTRICT JUDGE

DATED: CENTRAL ISLIP, NEW YORK
       AUG. 15, 2019