# LAW OFFICE OF TODD G. SCHER, P.L.

1722 SHERIDAN STREET, #346
HOLLYWOOD, FLORIDA 33020
TEL (754) 263-2349
FAX (754) 263-4147
TSCHER@MSN.COM

September 18, 2019

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
1034 Federal Plaza
Central Islip, New York 11722

                Re:    *United States v. Christian Gerold Tarantino*,
                         Case No. 2:08-cr-00655-JS
                         (Related to 2:16-cv-03770-JS)

Dear Judge Seybert:

      The Defendant/Petitioner, Christian Tarantino, by and through undersigned counsel, hereby submits this letter in which he moves the Court for a 10-day extension of time in which to submit the supplemental paperwork referenced in the Court's paperless order dated August 21, 2019, for the reasons set forth below. By way of this letter he also seeks clarification as to the nature of the pleading referenced in the Court's August 21, 2019, paperless order.

      On August 15, 2019, the Court issued a show cause order for the Government to respond to Mr. Tarantino's §2255 petition (DE:506).[1] On August

---

[1] The docket reflects that Mr. Tarantino filed an initial §2255 petition on June 27, 2016 (DE:500). There was an amended petition filed on June 26, 2017 (DE:503), which was later corrected to conform to a 30-page page limit per order of the Court (DE:505). This corrected pleading at DE:505 was the last pleading by Mr. Tarantino before the Court issued the show cause order on August 15, 2019 (DE:506).

1

21, 2019, the Court, in a paperless order, modified the prior order to the extent it allowed Mr. Tarantino 30 days in which to file any further supplement to the initial petition. That 30 days expires on September 20, 2019; however, the undersigned attorney, who recently entered his appearance on Mr. Tarantino's behalf, has had a number of scheduling disruptions in the past few weeks mostly due to office closures because of the then-forecasted arrival of Hurricane Dorian. Along with the court system in Broward County, Florida (where counsel's office is located), counsel's office was closed for several days until after the storm warnings had expired and it became clear the storm was not going to directly affect the South Florida area. As a result, a number of deadlines were disrupted and have had to be rescheduled. For example, among other matters, counsel has just finished a brief for filing on this date in the Supreme Court of Florida in a capital case; counsel is also working on a Petition for Rehearing/Rehearing En Banc in a capital case for filing in the United States Court of Appeals for the Eleventh Circuit in the coming days. In light of these circumstances, counsel respectfully requests an additional period of 10-days in which to file any additional supplement per the Court's paperless order of August 21, 2019.

Additionally, by way of this letter, Mr. Tarantino wishes to seek clarification of the Court's paperless order of August 21, 2019, insofar as the nature and length of the document to be filed. As noted above, there was a 30-page amended petition already docketed (DE:505), and although Mr. Tarantino is intending to file some additional matters pursuant to the Court's August 21 order, he seeks to clarify if the Court wants the new pleading to be one all-encompassing document that incorporates *all* of the claims on which Mr. Tarantino is seeking

relief, or if the Court envisioned only an additional supplemental petition to the already-docketed pleadings. Counsel does not want to file the new pleading only to have it not be what the Court envisioned; thus, he seeks clarification to avoid any future issues.

Mr. Tarantino seeks clarification at the outset regarding the length of the new pleading. If the Court wants the new pleading to be one all-encompassing document incorporating all of the claims on which Mr. Tarantino is seeking relief, Mr. Tarantino would need guidance from the Court as to how many additional pages he can add to the previously filed 30-page amended petition. If the Court envisioned only an additional supplemental petition to the already docketed pleadings, Mr. Tarantino likewise seeks guidance as to the length of the document he can file. Of course, the Court may also prefer to defer addressing the page limitations issue until Mr. Tarantino files his new pleading and the Court has before it the actual document accompanied by any necessary request for a page limit extension.

Respectfully submitted,

/s/ *Todd G. Scher*
TODD G. SCHER
Law Office of Todd G. Scher, P.L.
Fla. Bar No. 0899641
1722 Sheridan Street, #346
Hollywood, FL 33020
(Tel) 754-263-2349
(Fax) 754-263-4147
TScher@msn.com
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of September 2019, I filed the above pleading with the Clerk via CM/ECF.

/s/ *Todd G. Scher*