# LAW OFFICE OF TODD G. SCHER, P.L.

1722 SHERIDAN STREET, #346
HOLLYWOOD, FLORIDA 33020
TEL (754) 263-2349
FAX (754) 263-4147
TSCHER@MSN.COM

February 14, 2020

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
1034 Federal Plaza
Central Islip, New York 11722

      Re: *United States v. Christian Gerold Tarantino*,
           Case No. 2:08-cr-00655-JS
           (Related to 2:16-cv-03770-JS)

Dear Judge Seybert:

    The Defendant/Petitioner, Christian Tarantino, by and through undersigned counsel, hereby submits this letter in which he moves the Court for leave to file his Reply to the government's response to his Amended Supplemental §2255 petition in excess of the 10-page pagination limit allowed by the Court's procedures. Mr. Tarantino's Reply, being filed on this date, is 14 pages excluding the requisite certificates and attachments.

    Mr. Tarantino's counsel consulted with opposing counsel, Assistant U.S. Attorney Charles N. Rose, who advised that the government has **no objection** to this request.

                                Respectfully submitted,

                                /s/ *Todd G. Scher*
                                TODD G. SCHER
                                Law Office of Todd G. Scher, P.L.
                                Fla. Bar No. 0899641
                                1722 Sheridan Street, #346
                                Hollywood, FL 33020
                                (Tel) 754-263-2349
                                (Fax) 754-263-4147
                                TScher@msn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of February 2020, I filed the above pleading with the Clerk via CM/ECF.

/s/ *Todd G. Scher*